IA-13
(Revised 06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|     Kevin George Smith | ) | CASE NO: 24-00638 |
|     Sarah Beth Smith, | ) | |
| | ) | REPORT OF ABANDONMENT OF |
| | ) | PROPERTY |
|     Debtor(s). | ) | |

The undersigned Trustee of the estate of the debtor named above hereby reports that, without general notice as authorized by Local Bankruptcy Rule 6004-1(b), the following property will be abandoned. (if real property, give legal description)

**Household goods itemized on Court's Order of 12.18.24 [Docket 65] as non-exempt.**

The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate because:

**Secured debt exceeds value of property and/or property is of no value to the bankruptcy estate after considering of costs of liquidation.**

Pursuant to Local Bankruptcy Rule 6004-1(b), parties upon whom a copy of this report is served have twenty-one (21) days after the filing of this report by the Trustee with the Clerk to object to the Trustee's proposed action. If no timely objections are filed, the proposed action will be deemed approved without further Court Order.

I hereby certify that on this date a copy of this report was served on the U.S. Trustee, debtor(s), debtor(s)' counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b) as required by Local Bankruptcy Rule 6004-1(f) per the attached list.

DATED:____01.30.25_____      */s/ Renee K. Hanrahan*
                                                                        Trustee

Note: Service List Must Be Attached

| | | |
|---|---|---|
| Joseph A. Peiffer | Kevin George Smith | Office of U.S. Trustee |
| Ag & Business Legal Strategies | Sarah Beth Smith | 111 7th Ave SE Ste 2800 |
| PO Box 11425 | 1870 Wood Duck Ct | Cedar Rapids IA 52401 |
| Cedar Rapids, IA 52410-1425 | North Liberty IA 52317 | |