IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 24-00638<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION TO APPROVE COMPROMISE (IDOR)** |

**NOTICE IS HEREBY GIVEN** that on the 14th day of February, 2025, Eric W. Lam, Attorney for Trustee Renee Hanrahan filed a Motion to Approve Compromise (IDOR). A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, Iowa. A copy of this *Notice* has been served upon all parties of interest as listed below.

**NOTICE IS FURTHER GIVEN** any and all objections to the Motion must be filed on or before the 7th day of March, 2025. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, Iowa 52401-1266; Renee K. Hanrahan, Chapter 7 Trustee. P. O. Box 1088, Cedar Rapids, IA 52406-1088; and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, Iowa 52401-2101.

**NOTICE IS FURTHER GIVEN** that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, the appropriate order will be entered.

                                              */s/ Eric W. Lam*
                                              Eric W. Lam, AT0004416
                                              SIMMONS PERRINE MOYER BERGMAN PLC
                                              115 Third Street SE, Suite 1200
                                              Cedar Rapids, IA 52401
                                              Tel: 319-366-7641; Fax: 319-366-1917
                                              elam@simmonsperrine.com

                                              ATTORNEY FOR TRUSTEE

- 2 -

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 14th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the U.S. Bankruptcy Court, Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid, to:

John Whiteman
Assistant Attorney General
1305 E. Walnut St.
Des Moines, IA 50319

Attached Matrix

/s/ Kelly Carmichael

RHTE Smith/Pldgs/BA 24-00638/Drafts/NOBD re Mtn to Compromise – IDOR.021025.1602.ewl

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 24-00638<br>Northern District of Iowa<br>Cedar Rapids<br>Fri Feb 14 10:10:03 CST 2025 | ABC Disposal<br>1191 Ingleside Drive SW<br>Building 1200<br>Cedar Rapids, IA 52404-4419 | ABC Disposal<br>3001 Industrial Park Road<br>Iowa City, IA 52240-2410 |
| Ace Refrigeration<br>6440 6th Street SW<br>Cedar Rapids, IA 52404-4733 | Acuative<br>695 Route 46, Suite 305<br>Fairfield, NJ 07004-1561 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 |
| Airgas<br>259 N Radnor Chester Road<br>Radnor, PA 19087-5240 | Airgas<br>Attn: Sharee Willis<br>6055 Rockside Woods Blvd<br>Independence, OH 44131-2301 | Airgas North Central<br>601 C Avenue NE<br>Cedar Rapids, IA 52401-1020 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | American Family Insurance<br>6000 American Parkway<br>Madison, WI 53783-0002 | Bank of America<br>100 N Tryon Street<br>Charlotte, NC 28255-0001 |
| Bank of America<br>Attn: Bankruptcy Department<br>475 Cross Point Pkwy<br>PO Box 9000<br>Getzville, NY 14068-9000 | Bank of America<br>Billing Inquiries<br>PO Box 672050<br>Dallas, TX 75267-2050 | Bank of America<br>Correspondence Address<br>PO Box 25118<br>Tampa, FL 33622-5118 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Brems Group LLP<br>550 2nd Street SE<br>Suite 401<br>Cedar Rapids, IA 52401-2034 | Budderfly<br>2 Trap Falls Road, Suite 310<br>Shelton, CT 06484-7621 |
| Capital One<br>General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30258<br>Salt Lake City, UT 84130-0258 | Capital One Bank<br>Attn:  Bankruptcy Notification Dept.<br>P. O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank<br>Attn: Bank by Mail<br>PO Box 85213<br>Richmond, VA 23285 | Carew Landscaping<br>2905 W Penn Street<br>North Liberty, IA 52317-8527 | CenturyLink<br>100 Centurylink Drive<br>Monroe, LA 71203-2041 |
| CenturyLink<br>302 South Linn Street<br>Iowa City, IA 52240-1605 | (p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | Citi Bank Costco Card<br>PO Box 790046<br>Saint Louis, MO 63179-0046 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | City of Coralville<br>1512 7th Street<br>Coralville, IA 52241-1782 | City of Iowa City<br>410 E Washington Street<br>Iowa City, IA 52240-1826 |

| | | |
|---|---|---|
| (p)CITY OF NORTH LIBERTY<br>PO BOX 77<br>NORTH LIBERTY IA 52317-0077 | City of Tiffin<br>211 Main Street<br>Tiffin, IA 52340 | Corda Credit Union<br>3015 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-1832 |
| Cox Sanitation & Recycling, Inc.<br>2226 335th Street<br>Post Office Box 208<br>North English, IA 52316-0208 | Craig Abraham<br>2190 Hwy 6 NW<br>Oxford, IA 52322-9210 | Crosspark LLC<br>427 1st Street SE, Suite 200<br>Cedar Rapids, IA 52401-1869 |
| Crosspark, LLC<br>Attn: William Neppl<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | D&R Pest<br>250 Greenfield Drive<br>Tiffin, IA 52340-9244 | DON'S LOCK & SAFE LLC<br>4223 YVETTE ST SW SUITE 101<br>IOWA CITY, IA 52240-8623 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Diversify Adjustment<br>Attn: Diane Nelson<br>600 Coon Rapids Blvd NW<br>Minneapolis, MN 55433-5549 |
| Doctors Associates Inc.<br>325 Sub Way<br>Milford, CT 06461-3081 | DoorDash, Inc.<br>303 2nd Street<br>Suite 800<br>San Francisco, CA 94107-1366 | Elite Fire Sprinkler Systems<br>1525 Ketelsen Drive<br>Hiawatha, IA 52233-2221 |
| First Intersate Bank<br>Successor by Merger to Great Western Bk<br>655 Community Drive<br>PO Box 306<br>North Liberty, IA 52317-0306 | First Interstate BancSystems, Inc.<br>Stinson LLP, c/o C.J. Harayda<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402-2241 | First Interstate Bank<br>Attn: William Bowen<br>120 South 68th Street<br>West Des Moines, IA 50266-8279 |
| First Interstate Bank<br>Corporate Mailing Address<br>401 North 31st Street<br>Billings, MT 59101-1275 | First Interstate Bank<br>PO Box 241826<br>Omaha, NE 68124-5826 | First Interstate Bank<br>Successor by Merger to Great Western Bnk<br>655 Community Drive<br>PO Box 306<br>North Liberty, IA 52317-0306 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Samuel Gray<br>Simmons Perrine Moyer Bergman PLC<br>115 Third Street SE<br>Suite 1200<br>Cedar Rapids, IA 52401-1222 | Greenburg, Grant & Richards<br>Attn: Jim Quinn<br>5858 Westheimer Rd, Suite 500<br>Houston, TX 77057-5645 |
| HP, Inc.<br>Attn: Fabiola Zamora Vargas<br>13207 Collection Center Drive<br>Chicago, IL 60693-2307 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Hawkeye Real Estate<br>2401 Coral Court, Suite 1<br>Coralville, IA 52241-2889 |
| Hunter Companies<br>1625 1st Avenue SE<br>Cedar Rapids, IA 52402-5547 | Huntington Technology Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302-0364 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

```
(p)IOWA DEPARTMENT OF REVENUE         Iowa Workforce Development           Kum & Go
ATTN BANKRUPTCY UNIT                  1000 East Grand Avenue               1459 Grand Avenue
PO BOX 10471                          Des Moines, IA 50319-0209            Des Moines, IA 50309-3005
DES MOINES IA 50306-0471


Eric W. Lam                           Leets Refrigeration                  Linn County REC
115 Third Street S.E. Suite 1200      2835 130th Street                    5695 REC Drive
Cedar Rapids, IA 52401-1222           Riverside, IA 52327-9699             Marion, IA 52302-6218


Linn County REC                       Meadowlark Associates                Menards
PO Box 69                             320 W Cherry Street                  5101 Menard Dr
Marion, IA 52302-0069                 North Liberty, IA 52317-8819         Eau Claire, WI 54703-9604


Mid American Energy                   MidAmerican Energy Company           (p)MIDWESTONE BANK
PO Box 657                            PO Box 4350 Credit                   ATTN LOAN OPERATIONS
Des Moines, IA 50306-0657             Davenport IA 52808-4350              PO BOX 1700
                                                                           IOWA CITY IA 52244-1700


Nextep                                NuCO2                                Pinnacle Restaurants, Inc.
3310 W Big Beaver, Suite 200          2800 SE Market Place                 PO Box 696
Troy, MI 48084-2807                   Stuart, FL 34997-4965                North Liberty, IA 52317-0696


Pugh Hagan Prahm, PLC                 Alexandria Quinn-Hanse               River View on First LLC
Attention: Benjamin G. Nielson        DOJ-Ust                              2897 High Bluff Dr
425 E. Oakdale Blvd                   210 Walnut Street                    Coralville, IA 52241-9745
Suite 201                             Suite 793
Coralville, IA 52241-3404             Des Moines, IA 50309-2106


River View on First, LLC              Riverside Ventures LLC               Riverview on First LLC
c/o Benjamin G. Nielson               2121 Glendale Road                   2897 High Bluff Dr
425 E Oakdale Blvd, Ste 201           Iowa City, IA 52245-3221             Coralville, IA 52241-9745
Coralville, IA 52241-3404


SRE Hawkeye, LLC                      Kevin George Smith                   Sarah Beth Smith
980 N Michigan Avenue, Suite 1660     1870 Wood Duck Ct                    1870 Wood Duck Ct
Chicago, IL 60611-7509                North Liberty, IA 52317-4773         North Liberty, IA 52317-4773


Southslope                            Spectrio                             Stratacache
980 N Front Street                    7624 Bald Cypress Pl                 40 N Main Street
North Liberty, IA 52317-9005          Tampa, FL 33614-2417                 Dayton, OH 45423-1008


Subway                                Subway                               Subway
1 Corporate Drive                     1991 O'Donnell Rd                    325 Sub Way
Suite 1000                            Williamsburg, IA 52361-8005          Milford, CT 06461-3059
Shelton, CT 06484-6281
```

| | | |
|---|---|---|
| Subway Real Estate, LLC<br>c/o Deborah Moore<br>1 Corporate Drive, Suite 1000<br>Shelton, CT 06484-6281 | Sysco<br>1 Sysco Drive<br>Ankeny, IA 50021-3998 | Sysco<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 |
| (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | TD Bank USA, N.A.<br>c/o Target Card Services<br>P.O. Box 9500<br>Minneapolis, MN 55440-9500 | TIP REC<br>612 West Des Moines Street<br>Brooklyn, IA 52211-7752 |
| (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Dept of Federal Education Student Aid<br>PO Box 1854<br>Monticello, KY 42633-4854 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 |
| University of Iowa Health Care<br>Attn: Patient Billing Services<br>200 Hawkins Drive<br>Iowa City, IA 52242-1009 | University of Iowa Health Care<br>Patient Financial Services<br>3281 Ridgeway Drive #300<br>Coralville, IA 52241-2026 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 |
| Watts Group<br>425 East Oakdale Blvd<br>Coralville, IA 52241-3404 | Windstream<br>1450 N Center Point Rd<br>Hiawatha, IA 52233-1393 | Windstream<br>4001 Rodney Parham Road<br>Little Rock, AR 72212-2490 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | Alliant Energy<br>4902 N Biltmore Lane<br>Madison, WI 53718 | (d)Alliant Energy Corporation<br>Alliant Tower<br>200 First Street<br>PO Box 351<br>Cedar Rapids, IA 52406-0351 |
| CenturyTel Service Group, LLC dba CenturyLin<br>Lumen Technologies Group<br>Attn: Legal-BKY<br>931 14th Street, 9th Floor<br>Denver, CO  80202 | City of North Liberty<br>3 Quail Creek Circle<br>North Liberty, IA 52317 | (d)City of North Liberty<br>PO Box 77<br>North Liberty, IA 52317 |
| Discover Financial Services<br>General Inquiries<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 | (d)First National Bank of Omaha<br>PO BOX 3128<br>Omaha, NE 68103 |

| | | |
|---|---|---|
| Iowa Department of Revenue<br>1305 E. Walnut Street<br>Ste 300<br>Des Moines, IA 50319 | (d)Iowa Department of Revenue<br>Attn.: Bankruptcy Unit<br>P.O. Box 10457<br>Des Moines, IA 50306 | MidWestOne Bank<br>Trust Department)<br>102 South Clinton Street<br>Iowa City, IA 52240 |
| (d)Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 |
| U.S. Bank National Association<br>2800 Tamarack Road<br>Owensboro, KY 42301 United States | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 | US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7014 |
| VW Credit<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Don's Lock and Safe<br>4223 Yvette Street SW<br>Suite 101<br>Iowa City, IA 52240-8623 | (d)Kum & Go<br>1459 Grand Avenue<br>Des Moines, IA 50309-3005 |
| (d)Subway<br>1 Corporate Drive, Suite 1000<br>Shelton, CT 06484-6281 | End of Label Matrix<br>Mailable recipients   107<br>Bypassed recipients     4<br>Total                  111 | |