IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 24-00638<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES (re: IDOR Settlement)** |

**NOTICE IS HEREBY GIVEN** that on the 14th day of February, 2025, Eric W. Lam, Attorney for Trustee Renee Hanrahan, filed a Motion for Allowance and Payment of Attorney Fees (re: IDOR Settlement). The Motion seeks allowance and payment of a Chapter 7 administrative expense in the amount of $12,045, incurred while serving as attorney for the Trustee. A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, IA 52401-2101. A copy of this *Notice* has been served upon all creditors and parties of interest as listed below.

**NOTICE IS FURTHER GIVEN** any and all objections to the Motion must be filed on or before the 7th day of March, 2025. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, IA 52401-1266; Renee K. Hanrahan, Chapter 7 Trustee, P. O. Box 1088, Cedar Rapids, IA 52406-1088; and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, IA 52401-2101.

**NOTICE IS FURTHER GIVEN** that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, the appropriate order will be entered.

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR TRUSTEE

- 2 -

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 14th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the U.S. Bankruptcy Court, Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid, to:

John Whiteman
Assistant Attorney General
1305 E. Walnut St.
Des Moines, IA 50319

Attached Matrix

                                                      */s/ Kelly Carmichael*

RHTE Smith/Pldgs/BA 24-00638/Drafts/NOBD re Mtn for Fees – IDOR.021125.629p.ewl

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 24-00638<br>Northern District of Iowa<br>Cedar Rapids<br>Fri Feb 14 10:10:03 CST 2025 | ABC Disposal<br>1191 Ingleside Drive SW<br>Building 1200<br>Cedar Rapids, IA 52404-4419 | ABC Disposal<br>3001 Industrial Park Road<br>Iowa City, IA 52240-2410 |
| Ace Refrigeration<br>6440 6th Street SW<br>Cedar Rapids, IA 52404-4733 | Acuative<br>695 Route 46, Suite 305<br>Fairfield, NJ 07004-1561 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 |
| Airgas<br>259 N Radnor Chester Road<br>Radnor, PA 19087-5240 | Airgas<br>Attn: Sharee Willis<br>6055 Rockside Woods Blvd<br>Independence, OH 44131-2301 | Airgas North Central<br>601 C Avenue NE<br>Cedar Rapids, IA 52401-1020 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | American Family Insurance<br>6000 American Parkway<br>Madison, WI 53783-0002 | Bank of America<br>100 N Tryon Street<br>Charlotte, NC 28255-0001 |
| Bank of America<br>Attn: Bankruptcy Department<br>475 Cross Point Pkwy<br>PO Box 9000<br>Getzville, NY 14068-9000 | Bank of America<br>Billing Inquiries<br>PO Box 672050<br>Dallas, TX 75267-2050 | Bank of America<br>Correspondence Address<br>PO Box 25118<br>Tampa, FL 33622-5118 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Brems Group LLP<br>550 2nd Street SE<br>Suite 401<br>Cedar Rapids, IA 52401-2034 | Budderfly<br>2 Trap Falls Road, Suite 310<br>Shelton, CT 06484-7621 |
| Capital One<br>General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30258<br>Salt Lake City, UT 84130-0258 | Capital One Bank<br>Attn: Bankruptcy Notification Dept.<br>P. O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank<br>Attn: Bank by Mail<br>PO Box 85213<br>Richmond, VA 23285 | Carew Landscaping<br>2905 W Penn Street<br>North Liberty, IA 52317-8527 | CenturyLink<br>100 Centurylink Drive<br>Monroe, LA 71203-2041 |
| CenturyLink<br>302 South Linn Street<br>Iowa City, IA 52240-1605 | (p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | Citi Bank Costco Card<br>PO Box 790046<br>Saint Louis, MO 63179-0046 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | City of Coralville<br>1512 7th Street<br>Coralville, IA 52241-1782 | City of Iowa City<br>410 E Washington Street<br>Iowa City, IA 52240-1826 |

| | | |
|---|---|---|
| (p)CITY OF NORTH LIBERTY<br>PO BOX 77<br>NORTH LIBERTY IA 52317-0077 | City of Tiffin<br>211 Main Street<br>Tiffin, IA 52340 | Corda Credit Union<br>3015 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-1832 |
| Cox Sanitation & Recycling, Inc.<br>2226 335th Street<br>Post Office Box 208<br>North English, IA 52316-0208 | Craig Abraham<br>2190 Hwy 6 NW<br>Oxford, IA 52322-9210 | Crosspark LLC<br>427 1st Street SE, Suite 200<br>Cedar Rapids, IA 52401-1869 |
| Crosspark, LLC<br>Attn: William Neppl<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | D&R Pest<br>250 Greenfield Drive<br>Tiffin, IA 52340-9244 | DON'S LOCK & SAFE LLC<br>4223 YVETTE ST SW SUITE 101<br>IOWA CITY, IA 52240-8623 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Diversify Adjustment<br>Attn: Diane Nelson<br>600 Coon Rapids Blvd NW<br>Minneapolis, MN 55433-5549 |
| Doctors Associates Inc.<br>325 Sub Way<br>Milford, CT 06461-3081 | DoorDash, Inc.<br>303 2nd Street<br>Suite 800<br>San Francisco, CA 94107-1366 | Elite Fire Sprinkler Systems<br>1525 Ketelsen Drive<br>Hiawatha, IA 52233-2221 |
| First Intersate Bank<br>Successor by Merger to Great Western Bk<br>655 Community Drive<br>PO Box 306<br>North Liberty, IA 52317-0306 | First Interstate BancSystems, Inc.<br>Stinson LLP, c/o C.J. Harayda<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402-2241 | First Interstate Bank<br>Attn: William Bowen<br>120 South 68th Street<br>West Des Moines, IA 50266-8279 |
| First Interstate Bank<br>Corporate Mailing Address<br>401 North 31st Street<br>Billings, MT 59101-1275 | First Interstate Bank<br>PO Box 241826<br>Omaha, NE 68124-5826 | First Interstate Bank<br>Successor by Merger to Great Western Bnk<br>655 Community Drive<br>PO Box 306<br>North Liberty, IA 52317-0306 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Samuel Gray<br>Simmons Perrine Moyer Bergman PLC<br>115 Third Street SE<br>Suite 1200<br>Cedar Rapids, IA 52401-1222 | Greenburg, Grant & Richards<br>Attn: Jim Quinn<br>5858 Westheimer Rd, Suite 500<br>Houston, TX 77057-5645 |
| HP, Inc.<br>Attn: Fabiola Zamora Vargas<br>13207 Collection Center Drive<br>Chicago, IL 60693-2307 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Hawkeye Real Estate<br>2401 Coral Court, Suite 1<br>Coralville, IA 52241-2889 |
| Hunter Companies<br>1625 1st Avenue SE<br>Cedar Rapids, IA 52402-5547 | Huntington Technology Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302-0364 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 | Iowa Workforce Development<br>1000 East Grand Avenue<br>Des Moines, IA 50319-0209 | Kum & Go<br>1459 Grand Avenue<br>Des Moines, IA 50309-3005 |
| Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 | Leets Refrigeration<br>2835 130th Street<br>Riverside, IA 52327-9699 | Linn County REC<br>5695 REC Drive<br>Marion, IA 52302-6218 |
| Linn County REC<br>PO Box 69<br>Marion, IA 52302-0069 | Meadowlark Associates<br>320 W Cherry Street<br>North Liberty, IA 52317-8819 | Menards<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| Mid American Energy<br>PO Box 657<br>Des Moines, IA 50306-0657 | MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport IA 52808-4350 | (p)MIDWESTONE BANK<br>ATTN LOAN OPERATIONS<br>PO BOX 1700<br>IOWA CITY IA 52244-1700 |
| Nextep<br>3310 W Big Beaver, Suite 200<br>Troy, MI 48084-2807 | NuCO2<br>2800 SE Market Place<br>Stuart, FL 34997-4965 | Pinnacle Restaurants, Inc.<br>PO Box 696<br>North Liberty, IA 52317-0696 |
| Pugh Hagan Prahm, PLC<br>Attention: Benjamin G. Nielson<br>425 E. Oakdale Blvd<br>Suite 201<br>Coralville, IA 52241-3404 | Alexandria Quinn-Hanse<br>DOJ-Ust<br>210 Walnut Street<br>Suite 793<br>Des Moines, IA 50309-2106 | River View on First LLC<br>2897 High Bluff Dr<br>Coralville, IA 52241-9745 |
| River View on First, LLC<br>c/o Benjamin G. Nielson<br>425 E Oakdale Blvd, Ste 201<br>Coralville, IA 52241-3404 | Riverside Ventures LLC<br>2121 Glendale Road<br>Iowa City, IA 52245-3221 | Riverview on First LLC<br>2897 High Bluff Dr<br>Coralville, IA 52241-9745 |
| SRE Hawkeye, LLC<br>980 N Michigan Avenue, Suite 1660<br>Chicago, IL 60611-7509 | Kevin George Smith<br>1870 Wood Duck Ct<br>North Liberty, IA 52317-4773 | Sarah Beth Smith<br>1870 Wood Duck Ct<br>North Liberty, IA 52317-4773 |
| Southslope<br>980 N Front Street<br>North Liberty, IA 52317-9005 | Spectrio<br>7624 Bald Cypress Pl<br>Tampa, FL 33614-2417 | Stratacache<br>40 N Main Street<br>Dayton, OH 45423-1008 |
| Subway<br>1 Corporate Drive<br>Suite 1000<br>Shelton, CT 06484-6281 | Subway<br>1991 O'Donnell Rd<br>Williamsburg, IA 52361-8005 | Subway<br>325 Sub Way<br>Milford, CT 06461-3059 |

```
Subway Real Estate, LLC                Sysco                                    Sysco
c/o Deborah Moore                      1 Sysco Drive                            1390 Enclave Parkway
1 Corporate Drive, Suite 1000          Ankeny, IA 50021-3998                    Houston, TX 77077-2099
Shelton, CT 06484-6281


(p)TD BANK USA N A                     TD Bank USA, N.A.                        TIP REC
ATTN C/O WEINSTEIN & RILEY P S         c/o Target Card Services                 612 West Des Moines Street
1415 WESTERN AVE                       P.O. Box 9500                            Brooklyn, IA 52211-7752
SUITE #700                             Minneapolis, MN 55440-9500
SEATTLE WA 98101-2051


(p)U S ATTORNEY S OFFICE               (p)U S  BANK                             (p)U S  SMALL BUSINESS ADMINISTRATION
111 7TH AVENUE SE                      4801 FREDERICA STREET                    ATTN BK NOTICES
BOX 1                                  OWENSBORO KY 42301-7441                  332 S MICHIGAN AVE SUITE 600
CEDAR RAPIDS IA 52401-2103                                                      CHICAGO IL 60604-4318


(p)US BANK                             US Dept of Federal Education Student Aid United States Trustee
PO BOX 5229                            PO Box 1854                              United States Federal Courthouse
CINCINNATI OH 45201-5229               Monticello, KY 42633-4854                111 7th Avenue SE, Box 17
                                                                                Cedar Rapids, IA 52401-2103


University of Iowa Health Care         University of Iowa Health Care           (p)VOLKSWAGEN CREDIT UNION
Attn: Patient Billing Services         Patient Financial Services               1401 FRANKLIN BLVD
200 Hawkins Drive                      3281 Ridgeway Drive #300                 LIBERTYVILLE IL 60048-4460
Iowa City, IA 52242-1009               Coralville, IA 52241-2026


Watts Group                            Windstream                               Windstream
425 East Oakdale Blvd                  1450 N Center Point Rd                   4001 Rodney Parham Road
Coralville, IA 52241-3404              Hiawatha, IA 52233-1393                  Little Rock, AR 72212-2490
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ag & Business Legal Strategies         Alliant Energy                           (d)Alliant Energy Corporation
P.O. Box 11425                         4902 N Biltmore Lane                     Alliant Tower
Cedar Rapids, IA 52410-1425            Madison, WI 53718                        200 First Street
                                                                                PO Box 351
                                                                                Cedar Rapids, IA 52406-0351


CenturyTel Service Group, LLC dba CenturyLin  City of North Liberty             (d)City of North Liberty
Lumen Technologies Group               3 Quail Creek Circle                     PO Box 77
Attn: Legal-BKY                        North Liberty, IA 52317                  North Liberty, IA 52317
931 14th Street, 9th Floor
Denver, CO  80202


Discover Financial Services            First National Bank of Omaha             (d)First National Bank of Omaha
General Inquiries                      1620 Dodge Street, Stop Code 3113        PO BOX 3128
PO Box 30943                           Omaha, Nebraska 68197                    Omaha, NE 68103
Salt Lake City, UT 84130-0943
```

| | | |
|---|---|---|
| Iowa Department of Revenue<br>1305 E. Walnut Street<br>Ste 300<br>Des Moines, IA 50319 | (d)Iowa Department of Revenue<br>Attn.: Bankruptcy Unit<br>P.O. Box 10457<br>Des Moines, IA 50306 | MidWestOne Bank<br>Trust Department)<br>102 South Clinton Street<br>Iowa City, IA 52240 |
| (d)Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 |
| U.S. Bank National Association<br>2800 Tamarack Road<br>Owensboro, KY 42301 United States | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 | US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7014 |
| VW Credit<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Don's Lock and Safe<br>4223 Yvette Street SW<br>Suite 101<br>Iowa City, IA 52240-8623 | (d)Kum & Go<br>1459 Grand Avenue<br>Des Moines, IA 50309-3005 |
| (d)Subway<br>1 Corporate Drive, Suite 1000<br>Shelton, CT 06484-6281 | End of Label Matrix<br>Mailable recipients   107<br>Bypassed recipients     4<br>Total                  111 | |