IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 24-00638<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION TO APPROVE COMPROMISE (CRAIG ABRAHAM – ADVERSARY #24-09068)** |

     **NOTICE IS HEREBY GIVEN** that on the 18th day of February, 2025, Eric W. Lam, Attorney for Trustee Renee Hanrahan filed a Motion to Approve Compromise (Craig Abraham – Adversary #24-09068). A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, Iowa. A copy of this *Notice* has been served upon all parties of interest as listed below.

     **NOTICE IS FURTHER GIVEN** any and all objections to the Motion must be filed on or before the 11th day of March, 2025. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, Iowa 52401-1266; Renee K. Hanrahan, Chapter 7 Trustee. P. O. Box 1088, Cedar Rapids, IA 52406-1088; and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, Iowa 52401-2101.

     **NOTICE IS FURTHER GIVEN** that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, the appropriate order will be entered.

                                                            */s/ Eric W. Lam*
                                      Eric W. Lam, AT0004416
                                      SIMMONS PERRINE MOYER BERGMAN PLC
                                      115 Third Street SE, Suite 1200
                                      Cedar Rapids, IA 52401
                                      Tel: 319-366-7641; Fax: 319-366-1917
                                      elam@simmonsperrine.com

                                      ATTORNEY FOR TRUSTEE

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 18th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the U.S. Bankruptcy Court, Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid, to:

Attached Matrix

                                                 */s/ Kelly Carmichael*

RHTE Smith/Pldgs/BA 24-00638/Drafts/NOBD re Mtn to Compromise – Craig Abraham.021825.1446.ewl

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 24-00638<br>Northern District of Iowa<br>Cedar Rapids<br>Fri Feb 14 10:10:03 CST 2025 | ABC Disposal<br>1191 Ingleside Drive SW<br>Building 1200<br>Cedar Rapids, IA 52404-4419 | ABC Disposal<br>3001 Industrial Park Road<br>Iowa City, IA 52240-2410 |
| Ace Refrigeration<br>6440 6th Street SW<br>Cedar Rapids, IA 52404-4733 | Acuative<br>695 Route 46, Suite 305<br>Fairfield, NJ 07004-1561 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 |
| Airgas<br>259 N Radnor Chester Road<br>Radnor, PA 19087-5240 | Airgas<br>Attn: Sharee Willis<br>6055 Rockside Woods Blvd<br>Independence, OH 44131-2301 | Airgas North Central<br>601 C Avenue NE<br>Cedar Rapids, IA 52401-1020 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | American Family Insurance<br>6000 American Parkway<br>Madison, WI 53783-0002 | Bank of America<br>100 N Tryon Street<br>Charlotte, NC 28255-0001 |
| Bank of America<br>Attn: Bankruptcy Department<br>475 Cross Point Pkwy<br>PO Box 9000<br>Getzville, NY 14068-9000 | Bank of America<br>Billing Inquiries<br>PO Box 672050<br>Dallas, TX 75267-2050 | Bank of America<br>Correspondence Address<br>PO Box 25118<br>Tampa, FL 33622-5118 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Brems Group LLP<br>550 2nd Street SE<br>Suite 401<br>Cedar Rapids, IA 52401-2034 | Budderfly<br>2 Trap Falls Road, Suite 310<br>Shelton, CT 06484-7621 |
| Capital One<br>General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30258<br>Salt Lake City, UT 84130-0258 | Capital One Bank<br>Attn:  Bankruptcy Notification Dept.<br>P. O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank<br>Attn: Bank by Mail<br>PO Box 85213<br>Richmond, VA 23285 | Carew Landscaping<br>2905 W Penn Street<br>North Liberty, IA 52317-8527 | CenturyLink<br>100 Centurylink Drive<br>Monroe, LA 71203-2041 |
| CenturyLink<br>302 South Linn Street<br>Iowa City, IA 52240-1605 | (p)CENTURYTEL SERVICE GROUP LLC DBA CENTURYLI<br>931 14TH STREET 9TH FLOOR<br>DENVER CO 80202-2994 | Citi Bank Costco Card<br>PO Box 790046<br>Saint Louis, MO 63179-0046 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | City of Coralville<br>1512 7th Street<br>Coralville, IA 52241-1782 | City of Iowa City<br>410 E Washington Street<br>Iowa City, IA 52240-1826 |

```
(p)CITY OF NORTH LIBERTY              City of Tiffin                        Corda Credit Union
PO BOX 77                             211 Main Street                       3015 Blairs Ferry Rd NE
NORTH LIBERTY IA 52317-0077           Tiffin, IA 52340                      Cedar Rapids, IA 52402-1832


Cox Sanitation & Recycling, Inc.      Craig Abraham                         Crosspark LLC
2226 335th Street                     2190 Hwy 6 NW                         427 1st Street SE, Suite 200
Post Office Box 208                   Oxford, IA 52322-9210                 Cedar Rapids, IA 52401-1869
North English, IA 52316-0208


Crosspark, LLC                        D&R Pest                              DON'S LOCK & SAFE LLC
Attn: William Neppl                   250 Greenfield Drive                  4223 YVETTE ST SW SUITE 101
2007 First Avenue SE                  Tiffin, IA 52340-9244                 IOWA CITY, IA 52240-8623
Cedar Rapids, IA 52402-6344


Discover Bank                         (p)DISCOVER FINANCIAL SERVICES LLC    Diversify Adjustment
PO Box 3025                           PO BOX 3025                           Attn: Diane Nelson
New Albany, OH  43054-3025            NEW ALBANY OH 43054-3025              600 Coon Rapids Blvd NW
                                                                            Minneapolis, MN 55433-5549


Doctors Associates Inc.               DoorDash, Inc.                        Elite Fire Sprinkler Systems
325 Sub Way                           303 2nd Street                        1525 Ketelsen Drive
Milford, CT 06461-3081                Suite 800                             Hiawatha, IA 52233-2221
                                      San Francisco, CA 94107-1366


First Intersate Bank                  First Interstate BancSystems, Inc.    First Interstate Bank
Successor by Merger to Great Western Bk  Stinson LLP, c/o C.J. Harayda      Attn: William Bowen
655 Community Drive                   50 South Sixth Street, Suite 2600     120 South 68th Street
PO Box 306                            Minneapolis, MN 55402-2241            West Des Moines, IA 50266-8279
North Liberty, IA 52317-0306


First Interstate Bank                 First Interstate Bank                 First Interstate Bank
Corporate Mailing Address             PO Box 241826                         Successor by Merger to Great Western Bnk
401 North 31st Street                 Omaha, NE 68124-5826                  655 Community Drive
Billings, MT 59101-1275                                                     PO Box 306
                                                                            North Liberty, IA 52317-0306


(p)FIRST NATIONAL BANK OF OMAHA       Samuel Gray                           Greenburg, Grant & Richards
1620 DODGE ST                         Simmons Perrine Moyer Bergman PLC     Attn: Jim Quinn
STOP CODE 3113                        115 Third Street SE                   5858 Westheimer Rd, Suite 500
OMAHA NE 68102-1593                   Suite 1200                            Houston, TX 77057-5645
                                      Cedar Rapids, IA 52401-1222


HP, Inc.                              Renee K. Hanrahan                     Hawkeye Real Estate
Attn: Fabiola Zamora Vargas           Renee K. Hanrahan, Trustee            2401 Coral Court, Suite 1
13207 Collection Center Drive         PO Box 1088                           Coralville, IA 52241-2889
Chicago, IL 60693-2307                Cedar Rapids, IA 52406-1088


Hunter Companies                      Huntington Technology Finance         Internal Revenue Service
1625 1st Avenue SE                    2285 Franklin Road                    PO Box 7346
Cedar Rapids, IA 52402-5547           Bloomfield Hills, MI 48302-0364       Philadelphia, PA 19101-7346
```

```
(p)IOWA DEPARTMENT OF REVENUE          Iowa Workforce Development            Kum & Go
ATTN BANKRUPTCY UNIT                   1000 East Grand Avenue                1459 Grand Avenue
PO BOX 10471                           Des Moines, IA 50319-0209             Des Moines, IA 50309-3005
DES MOINES IA 50306-0471


Eric W. Lam                            Leets Refrigeration                   Linn County REC
115 Third Street S.E. Suite 1200       2835 130th Street                     5695 REC Drive
Cedar Rapids, IA 52401-1222            Riverside, IA 52327-9699              Marion, IA 52302-6218


Linn County REC                        Meadowlark Associates                 Menards
PO Box 69                              320 W Cherry Street                   5101 Menard Dr
Marion, IA 52302-0069                  North Liberty, IA 52317-8819          Eau Claire, WI 54703-9604


Mid American Energy                    MidAmerican Energy Company            (p)MIDWESTONE BANK
PO Box 657                             PO Box 4350 Credit                    ATTN LOAN OPERATIONS
Des Moines, IA 50306-0657              Davenport IA 52808-4350               PO BOX 1700
                                                                             IOWA CITY IA 52244-1700


Nextep                                 NuCO2                                 Pinnacle Restaurants, Inc.
3310 W Big Beaver, Suite 200           2800 SE Market Place                  PO Box 696
Troy, MI 48084-2807                    Stuart, FL 34997-4965                 North Liberty, IA 52317-0696


Pugh Hagan Prahm, PLC                  Alexandria Quinn-Hanse                River View on First LLC
Attention: Benjamin G. Nielson         DOJ-Ust                               2897 High Bluff Dr
425 E. Oakdale Blvd                    210 Walnut Street                     Coralville, IA 52241-9745
Suite 201                              Suite 793
Coralville, IA 52241-3404              Des Moines, IA 50309-2106


River View on First, LLC               Riverside Ventures LLC                Riverview on First LLC
c/o Benjamin G. Nielson                2121 Glendale Road                    2897 High Bluff Dr
425 E Oakdale Blvd, Ste 201            Iowa City, IA 52245-3221              Coralville, IA 52241-9745
Coralville, IA 52241-3404


SRE Hawkeye, LLC                       Kevin George Smith                    Sarah Beth Smith
980 N Michigan Avenue, Suite 1660      1870 Wood Duck Ct                     1870 Wood Duck Ct
Chicago, IL 60611-7509                 North Liberty, IA 52317-4773          North Liberty, IA 52317-4773


Southslope                             Spectrio                              Stratacache
980 N Front Street                     7624 Bald Cypress Pl                  40 N Main Street
North Liberty, IA 52317-9005           Tampa, FL 33614-2417                  Dayton, OH 45423-1008


Subway                                 Subway                                Subway
1 Corporate Drive                      1991 O'Donnell Rd                     325 Sub Way
Suite 1000                             Williamsburg, IA 52361-8005           Milford, CT 06461-3059
Shelton, CT 06484-6281
```

| | | |
|---|---|---|
| Subway Real Estate, LLC<br>c/o Deborah Moore<br>1 Corporate Drive, Suite 1000<br>Shelton, CT 06484-6281 | Sysco<br>1 Sysco Drive<br>Ankeny, IA 50021-3998 | Sysco<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 |
| (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | TD Bank USA, N.A.<br>c/o Target Card Services<br>P.O. Box 9500<br>Minneapolis, MN 55440-9500 | TIP REC<br>612 West Des Moines Street<br>Brooklyn, IA 52211-7752 |
| (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 | (p)U S  BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Dept of Federal Education Student Aid<br>PO Box 1854<br>Monticello, KY 42633-4854 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 |
| University of Iowa Health Care<br>Attn: Patient Billing Services<br>200 Hawkins Drive<br>Iowa City, IA 52242-1009 | University of Iowa Health Care<br>Patient Financial Services<br>3281 Ridgeway Drive #300<br>Coralville, IA 52241-2026 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 |
| Watts Group<br>425 East Oakdale Blvd<br>Coralville, IA 52241-3404 | Windstream<br>1450 N Center Point Rd<br>Hiawatha, IA 52233-1393 | Windstream<br>4001 Rodney Parham Road<br>Little Rock, AR 72212-2490 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | Alliant Energy<br>4902 N Biltmore Lane<br>Madison, WI 53718 | (d)Alliant Energy Corporation<br>Alliant Tower<br>200 First Street<br>PO Box 351<br>Cedar Rapids, IA 52406-0351 |
| CenturyTel Service Group, LLC dba CenturyLin<br>Lumen Technologies Group<br>Attn: Legal-BKY<br>931 14th Street, 9th Floor<br>Denver, CO  80202 | City of North Liberty<br>3 Quail Creek Circle<br>North Liberty, IA 52317 | (d)City of North Liberty<br>PO Box 77<br>North Liberty, IA 52317 |
| Discover Financial Services<br>General Inquiries<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 | (d)First National Bank of Omaha<br>PO BOX 3128<br>Omaha, NE 68103 |

| | | |
|---|---|---|
| Iowa Department of Revenue<br>1305 E. Walnut Street<br>Ste 300<br>Des Moines, IA 50319 | (d)Iowa Department of Revenue<br>Attn.: Bankruptcy Unit<br>P.O. Box 10457<br>Des Moines, IA 50306 | MidWestOne Bank<br>Trust Department)<br>102 South Clinton Street<br>Iowa City, IA 52240 |
| (d)Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 |
| U.S. Bank National Association<br>2800 Tamarack Road<br>Owensboro, KY 42301 United States | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 | US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7014 |
| VW Credit<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Don's Lock and Safe<br>4223 Yvette Street SW<br>Suite 101<br>Iowa City, IA 52240-8623 | (d)Kum & Go<br>1459 Grand Avenue<br>Des Moines, IA 50309-3005 |
| (d)Subway<br>1 Corporate Drive, Suite 1000<br>Shelton, CT 06484-6281 | End of Label Matrix<br>Mailable recipients   107<br>Bypassed recipients     4<br>Total                  111 | |