UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| ANDREW MICHAEL GRIFFITH, ) | |
| ) | Bankruptcy No. 24-00638 |
| DEBTOR. ) | |

**APPLICATION FOR THE APPROVAL OF EMPLOYMENT OF ATTORNEY;
RECCOMENDATION AND ORDER**

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in **legal matters relative to the administration of the above-captioned estate, including but not limited to investigation and pursuit of preferential transfer(s) occurring within ninety (90) days and one (1) year prior to the bankruptcy (litigation).**

3. Benjamin G. Nielson and the law firm of Pugh Hagan Prahm PLC are qualified by reason of practice and experience to render such representation or assistance.

4. The compensation shall be as follows: **An hourly rate for Partners of the firm at $425.00 per hour. The rate for Associates at the firm varies between $285.00 and $385.00 per hour. The rate for Paralegal Services charged by the firm is currently $195.00 per hour. All payments will be subject to approval and allowance by the Court.**

5. Applicant and his firm have disclosed to the undersigned they have no connections with the Debtor, creditors, or any parties in interest.

WHEREFORE, Applicant prays that the Court approve such employment by the Trustee.

*[Remainder Left Intentionally Blank]*

{00576513}

By: /s/ Benjamin G. Nielson
BENJAMIN G. NIELSON AT0014460
425 E. Oakdale Blvd., Suite 201
Coralville, IA 52241
Phone: (319) 351-2028
Fax: (319) 351-1102
Email: bnielson@pughhagan.com
CHAPTER 7 TRUSTEE

## RULE 2014(a) VERIFICATION

I, Benjamin G. Nielson and the firm of Pugh Hagan Prahm PLC, the undersigned named in the forgoing Application, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge.

Dated this 19th day of February 2025.

PUGH HAGAN PRAHM PLC

By: _____
Benjamin G. Nielson

## RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the Trustee, I recommend that the professional employment employed for by the Trustee be approved for the purpose indicated in the Application.

Dated this 19 day of February, 2025.

United States Trustee, Region 12

By: /s/ Janet G. Reasoner
Janet G. Reasoner

## ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code § 327, **IT IS**

**ORDERED**, the professional employment applied for is hereby **APPROVED** subject to the limitations provided by for 11 United States Code § 328.

Dated and entered:

By: _____
HON. THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

{00576513} 2