IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 24-00638<br><br>**ORDER** |

The matter before the Court is Trustee Renee Hanrahan's Motion to Approve Compromise (IDOR) (Dkt #70). Due and proper notice of the filing of the Motion and of an objection bar date was issued to all requisite parties in interest. The objection bar date has passed, and no objection has been filed. IT IS THEREFORE ORDERED the relief requested in the Motion is granted, and the settling parties are directed and authorized to do anything and everything reasonably necessary to effectuate the compromise.

Entered this 10th day of March, 2025.

_____
Honorable Thad J. Collins, Chief Judge

*Order prepared by:*

Eric W. Lam AT0004416
Attorney for Trustee

RHTE Smith/Pldgs/BA 24-00638/Drafts/Order re Mtn to Compromise – IDOR.031025.118p.ewl