# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Kevin George Smith and Sarah Beth Smith | Bankruptcy No. 24-00638 |
| Debtors. | NOTICE OF CHANGE OF ADDRESS |

COMES NOW the Debtors, Kevin George Smith and Sarah Beth Smith, and hereby submit change of address for the following entity:

| **Old Address** | **New Address** |
|---|---|
| Capital One Bank<br>Attn: Bank by Mail<br>PO Box 85213<br>Richmond, VA 23285 | Capital One Bank<br>Attn: Bank by Mail<br>PO Box 85123<br>Richmond, VA 23285 |

Dated this 11th day of March, 2025.

    Respectfully submitted,

    AG & BUSINESS LEGAL STRATEGIES

    /s/ Joseph A. Peiffer
    Joseph A. Peiffer AT0006160
    P.O. Box 11425
    Cedar Rapids, Iowa 52410-1425
    Telephone:   (319) 363-1641
    Fax:         (319) 200-2059
    Email:       joe@ablsonline.com
    ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of March, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

Signed: /s/ Alex C. Tvedte