# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Kevin George Smith and Sarah Beth Smith, | Bankruptcy No. 24-00638 |
| | CERTIFICATE OF SERVICE |
| Debtors. | |

I, Alex C. Tvedte, certify that service of Order Discharging Both Debtors (Doc. 51) was made on March 11, 2025 by regular, first-class United States mail, postage fully pre-paid, addressed to:

Capital One Bank
Attn: Bank by Mail
PO Box 85123
Richmond, VA 23285

I declare under penalty of perjury that the foregoing is true and correct.

Signed: /s/ Alex C. Tvedte          Dated: March 11, 2025
Alex C. Tvedte
Ag & Business Legal Strategies
P.O. Box 11425
Cedar Rapids, IA 52410-1425