IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 24-00638<br><br>**ORDER** |

The matter before the Court is a Motion for Allowance and Payment of Attorney Fees (re Craig Smith Settlement) (Dkt #76) filed February 18, 2025 by Simmons Perrine Moyer Bergman PLC. Due and proper notice of the filing of the Motion and of an Objection Bar Date was issued to the requisite parties in interest. The objection bar date has passed, and no one has filed any objection.

IT IS THEREFORE ORDERED, the relief requested in the Motion is granted, and Simmons Perrine Moyer Bergman PLC is hereby allowed a Chapter 7 administrative expense of $7,425, as attorney fees incurred while representing the Trustee, and the Trustee is authorized to pay the allowed fees from available funds on hand, at her discretion.

DATED AND ENTERED:   March 12, 2025           .

Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Eric W. Lam, AT0004416
Attorney for Trustee

RHTE Smith/Pldgs/BA 24-00638/Drafts/Order re Mtn for Fees – Craig.031225.2p.ewl