United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                                  Case No. 24-00638-TJC

Kevin George Smith                                                                      Chapter 7

Sarah Beth Smith

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 10, 2025 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kevin George Smith, Sarah Beth Smith, 1870 Wood Duck Ct, North Liberty, IA 52317-4773 |
|  | + John Whiteman, Assistant Attorney General, 1305 E. Walnut St., Des Moines, IA 50319-0109 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Quinn-Hanse | on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov |
| Eric J. Langston | on behalf of Defendant Craig Abraham elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Joseph A. Peiffer | on behalf of Joint Debtor Sarah Beth Smith joe@ablsonline.com |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2025 | Form ID: pdf902 | Total Noticed: 2 |

    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer

    on behalf of Debtor Kevin George Smith joe@ablsonline.com
    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Renee K. Hanrahan

    rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com

Samuel Gray

    on behalf of Trustee Renee K. Hanrahan sgray@spmblaw.com  jcesek@spmblaw.com

United States Trustee

    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 24-00638<br><br>**ORDER** |
|---|---|

The matter before the Court is Trustee Renee Hanrahan's Motion to Approve Compromise (IDOR) (Dkt #70). Due and proper notice of the filing of the Motion and of an objection bar date was issued to all requisite parties in interest. The objection bar date has passed, and no objection has been filed. IT IS THEREFORE ORDERED the relief requested in the Motion is granted, and the settling parties are directed and authorized to do anything and everything reasonably necessary to effectuate the compromise.

Entered this 10th day of March, 2025.

Honorable Thad J. Collins, Chief Judge

*Order prepared by:*

Eric W. Lam AT0004416
Attorney for Trustee

RHTE Smith/Pldgs/BA 24-00638/Drafts/Order re Mtn to Compromise – IDOR.031025.118p.ewl