United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 24-00638-TJC |
| Kevin George Smith | Chapter 7 |
| Sarah Beth Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin George Smith, Sarah Beth Smith, 1870 Wood Duck Ct, North Liberty, IA 52317-4773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

**Name**    **Email Address**

Alexandria Quinn-Hanse
    on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov

Eric J. Langston
    on behalf of Defendant Craig Abraham elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Plaintiff Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Joseph A. Peiffer
    on behalf of Joint Debtor Sarah Beth Smith joe@ablsonline.com
    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf902 | Total Noticed: 1 |

Joseph A. Peiffer
    on behalf of Debtor Kevin George Smith joe@ablsonline.com
    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Renee K. Hanrahan
    rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Samuel Gray
    on behalf of Trustee Renee K. Hanrahan sgray@spmblaw.com jcesek@spmblaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 24-00638<br><br>**ORDER** |

The matter before the Court is a Motion for Allowance and Payment of Attorney Fees (re Craig Smith Settlement) (Dkt #76) filed February 18, 2025 by Simmons Perrine Moyer Bergman PLC. Due and proper notice of the filing of the Motion and of an Objection Bar Date was issued to the requisite parties in interest. The objection bar date has passed, and no one has filed any objection.

IT IS THEREFORE ORDERED, the relief requested in the Motion is granted, and Simmons Perrine Moyer Bergman PLC is hereby allowed a Chapter 7 administrative expense of $7,425, as attorney fees incurred while representing the Trustee, and the Trustee is authorized to pay the allowed fees from available funds on hand, at her discretion.

DATED AND ENTERED: __March 12, 2025__.

Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Eric W. Lam, AT0004416
Attorney for Trustee

RHTE Smith/Pldgs/BA 24-00638/Drafts/Order re Mtn for Fees – Craig.031225.2p.ewl