# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Kevin George Smith | § | Case No. 24-00638 |
| Sarah Beth Smith | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/03/2024. The undersigned trustee was appointed on 07/03/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      61,543.50

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 61.56 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 61,481.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/12/2024 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,327.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $6,327.18, for a total compensation of $6,327.18[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $93.07, for total expenses of $93.07[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2025            By: /s/Renee K. Hanrahan
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 24-00638 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
| Case Name: | Kevin George Smith | | | | Date Filed (f) or Converted (c): | 07/03/2024 (f) |
| | Sarah Beth Smith | | | | 341(a) Meeting Date: | 08/05/2024 |
| For Period Ending: | 07/16/2025 | | | | Claims Bar Date: | 11/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1870 Wood Duck Ct North Liberty Ia 52317-0000 Johnson | 405,000.00 | 0.00 | | 0.00 | FA |
| 2. 2021 Ford Explorer  Vin # 1Fm5k8dh5mga15846 48,000 Miles | 32,000.00 | 0.00 | | 0.00 | FA |
| 3. See Attached Exhibit B-6. | 5,820.00 | 0.00 | | 0.00 | FA |
| 4. See Attached Exhibit B-7. | 5,830.00 | 615.00 | | 0.00 | FA |
| 5. See Attached Exhibit B-9. | 3,690.00 | 1,095.00 | | 0.00 | FA |
| 6. Ruger Lcp Handgun - Fair Condition | 225.00 | 225.00 | | 0.00 | FA |
| 7. Benelli Shotgun - Fair Condition | 775.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Clothes For Family Of Four - Fair Condition | 270.00 | 0.00 | | 0.00 | FA |
| 9. Assorted Costume Jewelry - Fair Condition, Non-Precious Metals | 50.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring - Fair Condition | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. Three Dogs; Two Pitbull Mixes, One Retriever Mix - Non-Breeding Animals | 0.00 | 0.00 | | 0.00 | FA |
| 12. Coach Purses - Fair Condition, At Least 10+ Years Old | 100.00 | 0.00 | | 0.00 | FA |
| 13. Cash Current Total As Of 1/1/2024 | 678.00 | 0.00 | | 0.00 | FA |
| 14. Us Bank Account Ending In 5767 - Used For Paycheck Deposits | 135.14 | 0.00 | | 0.00 | FA |
| 15. Us Bank Account Ending In 3872 - Used For Paycheck Deposits | 2.27 | 0.00 | | 0.00 | FA |
| 16. Us Bank Account Ending In 0681 - Used For Joint Purchases And Deposits | 0.00 | 0.00 | | 0.00 | FA |
| 17. Us Bank Account Ending In 9950 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Greenstate Credit Union Account Ending In 1765 | 28.38 | 0.00 | | 0.00 | FA |
| 19. Credit On Old Biolife Debit Card (Not Used Since 2022, Unsure If Still Accessible). | Unknown | 0.00 | | 0.00 | FA |
| 20. Robin Hood Trading Accounts | 21.89 | 0.00 | | 0.00 | FA |
| 21. Pinnacle Restaurants | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 24-00638 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
|---|---|---|---|---|---|---|
| Case Name: | Kevin George Smith | | | | Date Filed (f) or Converted (c): | 07/03/2024 (f) |
| | Sarah Beth Smith | | | | 341(a) Meeting Date: | 08/05/2024 |
| For Period Ending: | 07/16/2025 | | | | Claims Bar Date: | 11/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Pinnacle Restaurants | 0.00 | 0.00 | | 0.00 | FA |
| 23. Principal 401(k) | 9,813.77 | 0.00 | | 0.00 | FA |
| 24. 401(k) Principal Contributions Just Started In February 2024. | 1,795.93 | 0.00 | | 0.00 | FA |
| 25. Northwestern Mutual Roth IRA | 2,973.65 | 0.00 | | 0.00 | FA |
| 26. Northwestern Mutual IRA | 12,022.15 | 0.00 | | 0.00 | FA |
| 27. Northwestern Mutual Roth IRA | 37,753.33 | 0.00 | | 0.00 | FA |
| 28. Accrued Wages | 405.00 | 0.00 | | 0.00 | FA |
| 29. Accrued Wages | 314.72 | 0.00 | | 0.00 | FA |
| 30. Term Life Insurance Policy - Kevin Required As Collateral For Loan With First Interstate Bank No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 31. Term Life Insurance Policy - Sarah Required As Collateral For Loan With First Interstate Bank No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 32. Subway Stores #5765, #23883 And #11533 Are Inactive Closed, But The Franchise Numbers Are Still Listed As Owned By Debtors. | 0.00 | 0.00 | | 0.00 | FA |
| 33. 4 Computer/Pos Systems Leased From Hp For Subway Restaurants. New Owner Did Not Assume These Equipment Leases. | Unknown | 0.00 | | 0.00 | FA |
| 34. refund on Dbr atty fees (u) | 0.00 | 2,543.50 | | 2,543.50 | FA |
| 35. HOUSEHOLD GOODS - non-exempt pursuant to Court Order 121824 [65] | 7,315.00 | 7,315.00 | OA | 0.00 | FA |
| 36. possible pref transfer to IDORF (u) | 0.00 | 73,000.00 | | 36,500.00 | FA |
| 37. possible fraudulent transfer to Craig Abraham (u) | 0.00 | 22,500.00 | | 22,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $530,519.23 | $107,293.50 | | $61,543.50 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Atty Lam hired for litigation; non-exempt assets not meaningful; settlements approved; need tax returns prepared after funds received

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 34 | -- | USTee settlement with Dbr atty RE atty fees |
| RE PROP # | 35 | -- | HHG itemized on Court's ORder of 12.18.24 -- high-dollar, large items cost more to remove/detach, move, clean/preserve, store, sell ...[old piano and hot tub in frigid January] |
| RE PROP # | 36 | -- | pre-pet pmts to IDORF; settlement Motion 021425 [dkt 70] |
| RE PROP # | 37 | -- | transfer of interest in real estate |

Initial Projected Date of Final Report (TFR): 04/30/2025         Current Projected Date of Final Report (TFR): 08/29/2025

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 24-00638 | Trustee Name: Renee K. Hanrahan |
| Case Name: Kevin George Smith | Bank Name: Axos Bank |
| Sarah Beth Smith | Account Number/CD#: XXXXXX0569 |
| | Checking |
| Taxpayer ID No: XX-XXX4718 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 07/16/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/24 | 34 | Peiffer Law Office, PC<br>PO BOx 11425<br>Cedar Rapids IA  52410-1425 | settlement<br>pursuant to Ct Order dkt 32 | 1249-000 | $2,543.50 | | $2,543.50 |
| 04/03/25 | 37 | Craig Abraham<br>1528 1st Ave Unit A<br>Coralville IA  52241 | settlement<br>preference recovery/settlement | 1241-000 | $22,500.00 | | $25,043.50 |
| 04/03/25 | 36 | Treasure of State of Iowa | settlement<br>proceeds of preference settlement | 1241-000 | $36,500.00 | | $61,543.50 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.56 | $61,481.94 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $61,543.50 | $61.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $61,543.50 | $61.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $61,543.50 | $61.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $61,543.50     $61.56

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0569 - Checking | $61,543.50 | $61.56 | $61,481.94 |
|  | $61,543.50 | $61.56 | $61,481.94 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $61,543.50 |
| Total Gross Receipts: | $61,543.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 24-00638  
Debtor Name: Kevin George Smith  
Claims Bar Date: 11/12/2024  
Date: July 16, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Renee K. Hanrahan<br>RENEE K. HANRAHAN, TRUSTEE<br>PO BOX 1088<br>CEDAR RAPIDS, IA 52406-1088 | Administrative | | $0.00 | $6,327.18 | $6,327.18 |
| 100 2200 | Renee K. Hanrahan<br>RENEE K. HANRAHAN, TRUSTEE<br>PO BOX 1088<br>CEDAR RAPIDS, IA 52406-1088 | Administrative | | $0.00 | $93.07 | $93.07 |
| 100 2700 | Clerk US Bankruptcy Court<br>United States Bankruptcy Court<br>Northern District of Iowa<br>111 Seventh Avenue SE Box 15<br>Cedar Rapids IA 52401-2101 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3210 | ERIC W. LAM<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA 52401 | Administrative | approved by Court Order 031025 [81] | $0.00 | $12,045.00 | $12,045.00 |
| 100 3210 | ERIC W. LAM<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA 52401 | Administrative | Craig Abraham matter; approved by Court Order 031225 [85] | $0.00 | $7,425.00 | $7,425.00 |
| 100 3410 | David Koch<br>2750 First Ave NE Suite 420<br>Cedar Rapids IA 52402 | Administrative | Employed by Ct Order | $0.00 | $1,200.00 | $1,200.00 |
| 13 280 5800 | Iowa Department Of Revenue<br>Office Of The Attorney General Of Iowa<br>Attn: Bankruptcy Unit<br>1305 E Walnut<br>Des Moines, Ia 50319 | Priority | pursuant to Compromise/Settlement [70], approved 031025 [80] | $0.00 | $36,500.00 | $36,500.00 |
| 1 300 7100 | River View On First, Llc<br>C/O Benjamin G. Nielson<br>425 E Oakdale Blvd, Ste 201<br>Coralville, Ia 52241 | Unsecured | | $87,335.00 | $87,383.85 | $87,383.85 |
| 2 300 7100 | Discover Bank<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $21,646.62 | $24,698.83 | $24,698.83 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 24-00638  
Debtor Name: Kevin George Smith  
Claims Bar Date: 11/12/2024  
Date: July 16, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | MIDAMERICAN ENERGY COMPANY<br>PO Box 4350 Credit<br>Davenport, IA 52808 | Unsecured | | $4,000.00 | $4,689.66 | $4,689.66 |
| 4 300 7100 | First National Bank Of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 | Unsecured | | $10,563.28 | $12,486.40 | $12,486.40 |
| 5 300 7100 | First Interstate Bancsystems, Inc.<br>Stinson Llp, C/O C.J. Harayda<br>50 South Sixth Street, Suite 2600<br>Minneapolis, Mn 55402 | Unsecured | | $1,368,000.00 | $1,064,845.13 | $1,064,845.13 |
| 6 300 7100 | Centurytel Service Group, Llc Dba Centurylink<br>Centurylink Communications - Bankruptcy<br>220 N 5th ST<br>Bismarck ND 58501 | Unsecured | | $400.00 | $2,384.74 | $2,384.74 |
| 7 300 7100 | Don"s Lock & Safe Llc<br>4223 Yvette St Sw Suite 101<br>Iowa City, Ia 52240 | Unsecured | | $250.00 | $754.80 | $754.80 |
| 8 300 7100 | Subway Real Estate, Llc<br>C/O Deborah Moore<br>1 Corporate Drive, Suite 1000<br>Shelton, Ct 06484 | Unsecured | | $0.00 | $186,785.97 | $186,785.97 |
| 9 300 7100 | Bank Of America, N.A.<br>Po Box 673033<br>Dallas, Tx 75267-3033 | Unsecured | | $18,450.89 | $21,085.99 | $21,085.99 |
| 10 300 7100 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Unsecured | | $8,449.60 | $9,902.71 | $9,902.71 |
| 11 300 7100 | Td Bank Usa, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 Western Ave, Suite 700<br>Seattle, Wa 98101 | Unsecured | | $541.61 | $937.23 | $937.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 24-00638  
Debtor Name: Kevin George Smith  
Claims Bar Date: 11/12/2024  
Date: July 16, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12 | Craig Abraham | Unsecured | | $160,000.00 | $22,500.00 | $22,500.00 |
| 300 | 2190 Hwy 6 Nw | | | | | |
| 7100 | Oxford, Ia 52322 | | pursuant to Compromise/Settlement [74], approved 03.12.25 [84] | | | |
| | Case Totals | | | $1,679,637.00 | $1,502,395.56 | $1,502,395.56 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3     Printed: July 16, 2025

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 24-00638
Case Name: Kevin George Smith
           Sarah Beth Smith
Trustee Name: Renee K. Hanrahan

Balance on hand                                              $         61,481.94

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Renee K. Hanrahan | $ 6,327.18 | $ 0.00 | $ 6,327.18 |
| Trustee Expenses: Renee K. Hanrahan | $ 93.07 | $ 0.00 | $ 93.07 |
| Attorney for Trustee Fees: ERIC W. LAM | $ 19,470.00 | $ 0.00 | $ 19,470.00 |
| Accountant for Trustee Fees: David Koch | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Charges: Clerk US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses       $         27,440.25

Remaining Balance                                            $         34,041.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Iowa Department Of Revenue | $ 36,500.00 | $ 0.00 | $ 34,041.69 |
| | Total to be paid to priority creditors | | | $ 34,041.69 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,438,455.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | River View On First, Llc | $ 87,383.85 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank | $ 24,698.83 | $ 0.00 | $ 0.00 |
| 3 | MIDAMERICAN ENERGY COMPANY | $ 4,689.66 | $ 0.00 | $ 0.00 |
| 4 | First National Bank Of Omaha | $ 12,486.40 | $ 0.00 | $ 0.00 |
| 5 | First Interstate Bancsystems, Inc. | $ 1,064,845.13 | $ 0.00 | $ 0.00 |
| 6 | Centurytel Service Group, Llc Dba Centurylink | $ 2,384.74 | $ 0.00 | $ 0.00 |
| 7 | Don"s Lock & Safe Llc | $ 754.80 | $ 0.00 | $ 0.00 |
| 8 | Subway Real Estate, Llc | $ 186,785.97 | $ 0.00 | $ 0.00 |
| 9 | Bank Of America, N.A. | $ 21,085.99 | $ 0.00 | $ 0.00 |
| 10 | Citibank N.A. | $ 9,902.71 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Td Bank Usa, N.A. | $ 937.23 | $ 0.00 | $ 0.00 |
| 12 | Craig Abraham | $ 22,500.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE