| 621-24-00638 Smith Trustee Time Records Hanrahan (25k) ||||
|---|---|---|---|
| **Date** | **Matter Code** | **Hours** | **Note** |
| 07/16/2024 | EMAIL | 0.3 | emails with Lam |
| 07/17/2024 | REV | 1.5 | review new case; public records; prep for 341 |
| 07/18/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filing Order setting hearing |
| 07/26/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filing Objection |
| 07/30/2024 | EMAIL | 0.4 | emails with Peiffer office; initial review spreadsheet provided |
| 07/31/2024 | EMAIL | 0.8 | emails, emails,discussions |
| 08/02/2024 | ECF REVIEW | 0.2 | receipt/review CM-ECF Filing Obj; emails with USTee |
| 08/03/2024 | EMAIL | 0.2 | emails with Lam, will do conflicts checks |
| 08/04/2024 | EMAIL | 0.6 | emails with Joe Peiffer, requesting upload debtor's documents that are overdue; joe has trouble logging into TCMS DDP -- will have staff do it tomorrow!!!!!!!!!!!!!!  on JOe's time,  what the what, i expect him to do this in the time required.......... uuuuugggghhhhh |
| 08/05/2024 | REC INI REV | 1.5 | Conduct 341 hearing; Receipt/initial review of documents, documents, taxes, atty invoices, etc... |
| 08/08/2024 | ECF REVIEW | 0.8 | receipt/review CM-ECF Filing; emails with Judge Collins' staff & attys RE date for evidentiary hearing; receipt of fee agreement with SimmonsPerrine |
| 08/09/2024 | EMAIL | 0.3 | Emails with Lam's office - fee agreement & empl app; emails with JCollins' staff on hearing date |
| 08/12/2024 | EMAIL | 1.3 | Emails with CPA and with USTee; drafting empl app and justification for Lam, revisions and questions; open POC bardate, data inputs |
| 08/13/2024 | ECF REVIEW | 0.1 | receipt/initial review POC CM-ECF Filing |
| 08/15/2024 | ECF REVIEW | 0.3 | receipt/initial review POC CM-ECF Filing; emails with Lam and staff |
| 08/16/2024 | ECF REVIEW | 1 | finalize, submit empl app; receipt CM-ECF Filings on employment app; receipt/initial review POC |
| 08/20/2024 | EMAIL | 0.8 | emails with Lam and attys; extensions |
| 08/20/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filing |
| 08/21/2024 | EMAIL | 0.5 | Emails with USTee Hanse and Lam; open bank acct; data inputs for new asset |
| 08/23/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filing order |
| 09/03/2024 | RECONCILIATION | 0.1 | Bank statement reconciliation |
| 09/09/2024 | EMAIL | 0.1 | emails with Lam and Halloush RE addl time |
| 09/11/2024 | BANKING | 1.3 | Banking deposit; data inputs; attempt ecf filing for Report of trustee; emails with CoC RE event not available to link report to |
| 09/11/2024 | ECF REVIEW | 0.3 | receipt/review CM-ECF Filings |
| 09/12/2024 | ATTENTION | 0.2 |  receipt/initial review POC; emails with Lam, Halloush |
| 09/16/2024 | ECF REVIEW | 0.1 | receipt/initial review POC CM-ECF Filing; emails with Lam, Halloush |
| 09/23/2024 | EMAIL | 0.3 | emails with Lam, Nielsen |
| 09/26/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filings |
| 09/30/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Hearing Order |
| 10/01/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filing reaff |
| 10/03/2024 | RECONCILIATION | 0.1 | reconciliation banking |
| 10/21/2024 | EMAIL | 0.4 | emails with Lam, discussion of pile of stuff provided by Halloush; questions raised |
| 10/22/2024 | EMAIL | 0.3 | emails with Lam, Halloush, addl questions/requests |
| 10/24/2024 | EMAIL | 0.2 | emails with Lam, discussion of conducting a sock count with vast discrepancies on valuations; and no further extensions.... |
| 10/25/2024 | ECF REVIEW | 0.3 | receipt/review CM-ECF Filing; emails with Lam & Halloush -- Tee rqst for sock count |
| 10/27/2024 | EMAIL | 0.2 | emails scheduling sock count |
| 10/28/2024 | EMAIL | 0.1 | emails |

| Date | Category | Hours | Description |
| --- | --- | --- | --- |
| 10/29/2024 | ATTENTION | 4.5 | Attention to conducting HHG inspection; notes of interest/quality/followup; emails and discussion with Lam; receipt/docket notice of court hearing |
| 10/30/2024 | ECF REVIEW | 0.5 | emails with Lam and support RE observations; discuss Lam's draft pleadings; receipt/review CM-ECF Filing |
| 10/31/2024 | EMAIL | 1.3 | emails with Lam and the world of Smith ... negotiations |
| 11/01/2024 | EMAIL | 0.2 | emails with Lam |
| 11/04/2024 | RECONCILIATION | 0.1 | bank reconciliation |
| 11/04/2024 | ECF REVIEW | 0.1 | receipt/initial review POC CM-ECF Filing |
| 11/05/2024 | ECF REVIEW | 0.1 | receipt/initial review POC CM-ECF Filing |
| 11/06/2024 | ECF REVIEW | 0.1 | receipt/initial review POC CM-ECF Filing |
| 11/08/2024 | ECF REVIEW | 0.1 | receipt/initial review POC CM-ECF Filing |
| 11/13/2024 | ECF REVIEW | 0.5 | receipt/review CM-ECF Filing; data inputs for discharge; emails with Lam RE timing now that discharge entered |
| 11/14/2024 | EMAIL | 0.1 | emails with Lam & IDORF atty |
| 11/15/2024 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filing Objection |
| 11/19/2024 | EMAIL | 0.6 | emails with Lam & attys on HHG, etc |
| 11/20/2024 | ECF REVIEW | 0.2 | receipt/review CM-ECF Filing Objection; emails with Lam, Nielson -- any movement? |
| 11/21/2024 | ECF REVIEW | 0.2 | receipt/review Review POCs Hearing Order; Lam emails |
| 11/26/2024 | EMAIL | 0.1 | emails with Lam |
| 12/02/2024 | RECONCILIATION | 0.1 | reconcile banking |
| 12/03/2024 | EMAIL | 0.2 | emails with Lam, review/discuss draft Adv |
| 12/05/2024 | ECF REVIEW | 0.8 | Receipt/review CM-ECF Filing of Adversary |
| 12/06/2024 | EMAIL | 0.9 | emails with Lam and attys; willing to surrender non-exemtp HHG; discussions of open matters, including ADV |
| 12/10/2024 | ECF REVIEW | 1.5 | emails with Lam & Smith World, revisions, nit pick, revisions, finally, lets agree to disagree... but lets work this out...receipt/review CM-ECF Filing Order |
| 12/11/2024 | EMAIL | 0.4 | emails with Lam, Hallush, Peiffer ... try to be reasonable w/due diligence and preservation of estate assets --- segregate HHG to turn over (not use over holidays) ... ha that did not fly ... provide draft consent order.... CM-ECF Filing |
| 12/12/2024 | EMAIL | 0.3 | emails with Lam, Halloush, Peiffer w/drafts and redrafts |
| 12/13/2024 | EMAIL | 0.3 | emails with Lam and IDORF |
| 12/17/2024 | EMAIL | 1.1 | emails with Lam & Smith attys; observe power struggles, who gets last revision and who gets last word.... this is painful. Finally a Consent Order for submission to the Court ... where is that sausage that was so painstakingly made? |
| 12/20/2024 | EMAIL | 1 | emails & phone calls with Lam, Halloush, debtor, auctioneers |
| 12/31/2024 | EMAIL | 0.5 | emails & phone calls shopping for auctioneer, resellers |
| 01/02/2025 | RECONCILIATION | 0.1 | reconciliation |
| 01/03/2025 | EMAIL | 0.3 | emails with Lam RE adv |
| 01/04/2025 | EMAIL | 0.2 | emails/ phone calls, shopping HHG around |
| 01/05/2025 | EMAIL | 0.2 | emails, stil shopping for sellers/buyers |
| 01/06/2025 | EMAIL | 0.2 | emails with Lam after rejection from yet another auctioneer/reseller |
| 01/09/2025 | EMAIL | 1.3 | discussions with Keving SMith. emails with Lam RE 4 or more strikes, who's counting --- when is an out an out; discussions of abandonment, put resources toward more productive efforts |
| 01/15/2025 | EMAIL | 0.5 | Emails with Kevin RE non-exempt HHG; emails with Lam |
| 01/18/2025 | EMAIL | 0.1 | emails with Lam and IDORF |
| 01/21/2025 | EMAIL | 0.5 | emails with Lam -- IDORF & case law and practicality |
| 01/26/2025 | EMAIL | 0.2 | discussions with Lam; emaisl with dbrs RE non-exempt HHG |

| Date | Type | Hours | Description |
|---|---|---|---|
| 01/28/2025 | EMAIL | 0.3 | emails with Lam, settlement negotiations; do the math in various scenarios |
| 01/29/2025 | EMAIL | 0.9 | emails with Lam, make a deal. done deal. |
| 01/30/2025 | EMAIL | 1.2 | emails RE finding tax preparer; provide docs for conflicts checks; draft/file/serve specific abandonment; emails with Lam |
| 01/31/2025 | EMAIL | 0.7 | emails with Lam; discussions of releases, case law. blah blah blah |
| 02/03/2025 | EMAIL | 0.1 | emails with Lam, CoC and settlement |
| 02/08/2025 | RECONCILIATION | 0.1 | bank reconciliation |
| 02/10/2025 | EMAIL | 0.2 | emails with Lam RE deals; BenNielsen is now Bro |
| 02/11/2025 | EMAIL | 0.3 | emails with Lam, review/revisions to draft pleadings |
| 02/12/2025 | EMAIL | 0.2 | emails with Lam re deal... |
| 02/14/2025 | REV | 2.2 | Receipt/ review filings by Lam; emails RE Adversary; attention to updating/adding data and dollowup dates; review POCs/ data inputs; emails with Lam RE deal or no deal? |
| 02/15/2025 | EMAIL | 0.8 | repeat emails with Dave Koch RE tax return prep; cannot locate earlier emails |
| 02/18/2025 | ECF REVIEW | 0.8 | Receipt/review CM-ECF Filing - fee app for Lam on Abraham matter; review against file notes; data inputs |
| 02/19/2025 | DRAFT | 1 | Draft/submit; receipt CM/ECF ORder on empl app; provide copy to Dave |
| 03/03/2025 | RECONCILIATION | 0.1 | reconcile bank statement |
| 03/10/2025 | ECF REVIEW | 0.4 | receipt/review CM-ECF Filings - Orders; enter data for claims and fees approved; emails with Lam and his staff |
| 03/12/2025 | ECF REVIEW | 1.2 | receipt/review CM-ECF Filings; orders; data inputs for claims; emails emails emails with Lam |
| 03/18/2025 | ECF REVIEW | 0.1 | receipt/review CM-ECF Filings |
| 03/20/2025 | EMAIL | 0.1 | emails with Lam, looking for dough; not yet in mail |
| 04/02/2025 | RECONCILIATION | 0.1 | reconcile banking |
| 04/03/2025 | BANKING | 1.2 | receipt of damaged settlemetn check from USPS; banking took multiple attempts. Attention to Banking for 2 settlements; data inputs; ECF Report of Tee consummation of settlements |
| 04/08/2025 | EMAIL | 1.4 | emails with Lam; discussion of recent court case; re-import POCs; data inputs for all assets, administered, exempt, etc.... email Dave Koch again RE conflicts for tax prep |
| 04/29/2025 | EMAIL | 0.2 | emails with Lam, Nielson |
| 05/02/2025 | RECONCILIATION | 0.1 | reconcile banking |
| 05/21/2025 | ASSEMBLE | 1.5 | Draft employment app;Assemble docs for tax prep; emails; start process for 2d EIN |
| 05/21/2025 | EMAIL | 0.5 | emails with Lam, CPA firm, AXOSFS, AXOS Bank |
| 06/05/2025 | RECONCILIATION | 0.1 | reconciliation |
| 06/10/2025 | EMAIL | 0.1 | emails with tax preparer |
| 06/13/2025 | ATTENTION | 0.3 | finalize employment app and justification to submit to USTee |
| 06/17/2025 | ASSEMBLE | 2.2 | Review/sign tax returns; draft prompt det ltrs; Assemble returns and letters for mailing |
| 06/18/2025 | ECF REVIEW | 0.2 | receipt/review CM-ECF Order on empl app |
| 07/02/2025 | RECONCILIATION | 0.1 | reconcilie banking |
| 07/05/2025 | ECF REVIEW | 2 | receipt/review CM-ECF Filing - order; review new case and documents |
| 07/16/2025 | REC INI REV | 3.5 | Receipt/review responses from IRS; order court costs; review POCs, link claimed and filed amounts; check motions/notices and reports; work on TFR and supporting documents |