# Koch & Lipkea, PC

2750 First Ave NE, Suite 420
Cedar Rapids, IA 52402
kprcpalipkea@imonmail.com
Phone: (319)362-3856 | Fax: (319)362-8035

| Customer Name | Customer Information | |
|---|---|---|
| SARAH BETH SMITH BANKRUPTCY ESTATE<br>c/o RENEE K HANRAHAN<br>PO BOX 1088<br>Cedar Rapids, IA 52406-1068 | Invoice #: | |
| | Date: | June 11, 2025 |
| | Phone: | (319)533-7358 |
| | E-mail: | |

Your 2024 tax return was prepared by David L Koch.

**2024 Tax Preparation**

Total Fee                                                                                   600.00

**Total Balance Due**                                                         600.00

Payment due upon receipt.  Thank you for your business!

# Koch & Lipkea, PC

2750 First Ave NE, Suite 420
Cedar Rapids, IA 52402
kprcpalipkca@imonmail.com
Phone: (319)362-3856 | Fax: (319)362-8035

| Customer Name | Customer Information | |
|---|---|---|
| KEVIN G SMITH BANKRUPTCY ESTATE<br>c/o RENEE K HANRAHAN<br>PO BOX 1088<br>Cedar Rapids, IA 52408-1088 | Invoice #: | |
| | Date: | June 13, 2025 |
| | Phone: | (319)533-7358 |
| | E-mail: | |

Your 2024 tax return was prepared by David L Koch.

**2024 Tax Preparation**
**Total Fee**                                                                                           600.00

                                                **Total Balance Due**                                   **600.00**

Payment due upon receipt.  Thank you for your business!