United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 24-00638-TJC |
| Kevin George Smith | Chapter 7 |
| Sarah Beth Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 25, 2025 | Form ID: pdf901 | Total Noticed: 103 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin George Smith, Sarah Beth Smith, 1870 Wood Duck Ct, North Liberty, IA 52317-4773 |
| 2402399 | + | ABC Disposal, 3001 Industrial Park Road, Iowa City, IA 52240-2410 |
| 2402400 | + | ABC Disposal, 1191 Ingleside Drive SW, Building 1200, Cedar Rapids, IA 52404-4419 |
| 2402401 | + | Ace Refrigeration, 6440 6th Street SW, Cedar Rapids, IA 52404-4733 |
| 2402402 | + | Acuative, 695 Route 46, Suite 305, Fairfield, NJ 07004-1561 |
| 2402404 | + | Airgas, Attn: Sharee Willis, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 2402403 | + | Airgas, 259 N Radnor Chester Road, Radnor, PA 19087-5240 |
| 2402405 | + | Airgas North Central, 601 C Avenue NE, Cedar Rapids, IA 52401-1020 |
| 2402413 | + | Brems Group LLP, 550 2nd Street SE, Suite 401, Cedar Rapids, IA 52401-2034 |
| 2402414 | + | Budderfly, 2 Trap Falls Road, Suite 310, Shelton, CT 06484-7621 |
| 2402419 | + | Carew Landscaping, 2905 W Penn Street, North Liberty, IA 52317-8527 |
| 2402421 | + | CenturyLink, 302 South Linn Street, Iowa City, IA 52240-1605 |
| 2402424 | + | City of Iowa City, 410 E Washington Street, Iowa City, IA 52240-1826 |
| 2402427 | | City of Tiffin, 211 Main Street, Tiffin, IA 52340 |
| 2402428 | + | Corda Credit Union, 3015 Blairs Ferry Rd NE, Cedar Rapids, IA 52402-1832 |
| 2402430 | + | Craig Abraham, 2190 Hwy 6 NW, Oxford, IA 52322-9210 |
| 2402431 | + | Crosspark LLC, 427 1st Street SE, Suite 200, Cedar Rapids, IA 52401-1869 |
| 2402432 | + | Crosspark, LLC, Attn: William Neppl, 2007 First Avenue SE, Cedar Rapids, IA 52402-6344 |
| 2402433 | + | D&R Pest, 250 Greenfield Drive, Tiffin, IA 52340-9244 |
| 2402436 | + | Doctors Associates Inc., 325 Sub Way, Milford, CT 06461-3081 |
| 2402437 | + | Don's Lock and Safe, 4223 Yvette Street SW, Suite 101, Iowa City, IA 52240-8623 |
| 2402438 | + | DoorDash, Inc., 303 2nd Street, Suite 800, San Francisco, CA 94107-1366 |
| 2402439 | + | Elite Fire Sprinkler Systems, 1525 Ketelsen Drive, Hiawatha, IA 52233-2221 |
| 2402440 | #+ | First Intersate Bank, Successor by Merger to Great Western Bk, 655 Community Drive, PO Box 306, North Liberty, IA 52317-0306 |
| 2408300 | + | First Interstate BancSystems, Inc., Stinson LLP, c/o C.J. Harayda, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402-2241 |
| 2402442 | #+ | First Interstate Bank, Successor by Merger to Great Western Bnk, 655 Community Drive, PO Box 306, North Liberty, IA 52317-0306 |
| 2402441 | + | First Interstate Bank, PO Box 241826, Omaha, NE 68124-5826 |
| 2402443 | + | First Interstate Bank, Corporate Mailing Address, 401 North 31st Street, Billings, MT 59101-1275 |
| 2402444 | + | First Interstate Bank, Attn: William Bowen, 120 South 68th Street, West Des Moines, IA 50266-8279 |
| 2402448 | | HP, Inc., Attn: Fabiola Zamora Vargas, 13207 Collection Center Drive, Chicago, IL 60693-2307 |
| 2402447 | + | Hawkeye Real Estate, 2401 Coral Court, Suite 1, Coralville, IA 52241-2889 |
| 2402449 | + | Hunter Companies, 1625 1st Avenue SE, Cedar Rapids, IA 52402-5547 |
| 2402450 | + | Huntington Technology Finance, 2285 Franklin Road, Bloomfield Hills, MI 48302-0364 |
| 2402456 | + | Leets Refrigeration, 2835 130th Street, Riverside, IA 52327-9699 |
| 2402457 | + | Linn County REC, PO Box 69, Marion, IA 52302-0069 |
| 2402458 | + | Linn County REC, 5695 REC Drive, Marion, IA 52302-6218 |
| 2402459 | + | Meadowlark Associates, 320 W Cherry Street, North Liberty, IA 52317-8819 |
| 2402464 | + | Nextep, 3310 W Big Beaver, Suite 200, Troy, MI 48084-2807 |

Case 24-00638   Doc 99   Filed 07/27/25   Entered 07/27/25 23:35:55   Desc Imaged
Certificate of Notice   Page 2 of 10

| District/off: 0862-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: pdf901 | Total Noticed: 103 |

| | | |
|---|---|---|
| 2402465 | + | NuCO2, 2800 SE Market Place, Stuart, FL 34997-4965 |
| 2402467 | + | Pugh Hagan Prahm, PLC, Attention: Benjamin G. Nielson, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |
| 2402468 | + | River View on First LLC, 2897 High Bluff Dr, Coralville, IA 52241-9745 |
| 2402469 | + | Riverside Ventures LLC, 2121 Glendale Road, Iowa City, IA 52245-3221 |
| 2402470 | + | Riverview on First LLC, 2897 High Bluff Dr, Coralville, IA 52241-9745 |
| 2402473 | + | SRE Hawkeye, LLC, 980 N Michigan Avenue, Suite 1660, Chicago, IL 60611-7509 |
| 2402471 | + | Southslope, 980 N Front Street, North Liberty, IA 52317-9005 |
| 2402472 | + | Spectrio, 7624 Bald Cypress Pl, Tampa, FL 33614-2417 |
| 2402474 | + | Stratacache, 40 N Main Street, Dayton, OH 45423-1008 |
| 2402476 | + | Subway, 1 Corporate Drive, Suite 1000, Shelton, CT 06484-6281 |
| 2402475 | + | Subway, 325 Sub Way, Milford, CT 06461-3059 |
| 2402478 | + | Subway, 1991 O'Donnell Rd, Williamsburg, IA 52361-8005 |
| 2412532 | + | Subway Real Estate, LLC, c/o Deborah Moore, 1 Corporate Drive, Suite 1000, Shelton, CT 06484-6281 |
| 2402480 | + | Sysco, 1 Sysco Drive, Ankeny, IA 50021-3998 |
| 2402482 | + | TIP REC, 612 West Des Moines Street, Brooklyn, IA 52211-7752 |
| 2402488 | + | US Dept of Federal Education Student Aid, PO Box 1854, Monticello, KY 42633-4854 |
| 2402486 | + | University of Iowa Health Care, Patient Financial Services, 3281 Ridgeway Drive #300, Coralville, IA 52241-2026 |
| 2402490 | + | Watts Group, 425 East Oakdale Blvd, Coralville, IA 52241-3404 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: legalassistant@ablsonline.com | Jul 25 2025 20:46:00 | Ag & Business Legal Strategies, P.O. Box 11425, Cedar Rapids, IA 52410-1425 |
| cr | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 25 2025 20:46:00 | U.S. Bank National Association, 2800 Tamarack Road, Owensboro, KY 42301, UNITED STATES |
| 2402406 | | Email/Text: BankruptcyNotices@alliantenergy.com | Jul 25 2025 20:46:00 | Alliant Energy, 4902 N Biltmore Lane, Madison, WI 53718 |
| 2402407 | | Email/Text: BankruptcyNotices@alliantenergy.com | Jul 25 2025 20:46:00 | Alliant Energy Corporation, Alliant Tower, 200 First Street, PO Box 351, Cedar Rapids, IA 52406-0351 |
| 2402408 | ^ | MEBN | Jul 25 2025 20:42:21 | American Family Insurance, 6000 American Parkway, Madison, WI 53783-0002 |
| 2402412 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 25 2025 20:46:00 | Bank of America, 100 N Tryon Street, Charlotte, NC 28255-0001 |
| 2402411 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2025 20:46:00 | Bank of America, Billing Inquiries, PO Box 672050, Dallas, TX 75267-2050 |
| 2402410 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 25 2025 20:46:00 | Bank of America, Attn: Bankruptcy Department, 475 Cross Point Pkwy, PO Box 9000, Getzville, NY 14068-9000 |
| 2402409 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 25 2025 20:46:00 | Bank of America, Correspondence Address, PO Box 25118, Tampa, FL 33622-5118 |
| 2412586 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2025 20:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 2408533 | | Email/Text: bankruptcylegal@lumen.com | Jul 25 2025 20:46:00 | CenturyTel Service Group, LLC dba CenturyLink, Lumen Technologies Group, Attn: Legal-BKY, 931 14th Street, 9th Floor, Denver, CO 80202 |
| 2402425 | | Email/Text: legal@northlibertyiowa.org | Jul 25 2025 20:46:00 | City of North Liberty, 3 Quail Creek Circle, North Liberty, IA 52317 |
| 2402426 | | Email/Text: legal@northlibertyiowa.org | Jul 25 2025 20:46:00 | City of North Liberty, PO Box 77, North Liberty, IA 52317 |
| 2402415 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 20:52:56 | Capital One, General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 2402416 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 20:52:50 | Capital One, PO Box 30258, Salt Lake City, UT |

Case 24-00638   Doc 99   Filed 07/27/25   Entered 07/27/25 23:35:55   Desc Imaged
Certificate of Notice   Page 3 of 10

| District/off: 0862-1 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Jul 25, 2025 | Form ID: pdf901 | Total Noticed: 103 |

| | | | | |
| --- | --- | --- | --- | --- |
| 2402418 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | 84130-0258 |
| | | | Jul 25 2025 20:52:50 | Capital One Bank, Attn: Bankruptcy Notification Dept., P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 2402417 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 20:52:50 | Capital One Bank, Attn: Bank by Mail, PO Box 85123, Richmond, VA 23285-5123 |
| 2402420 | + | Email/Text: bmg.bankruptcy@centurylink.com | Jul 25 2025 20:46:00 | CenturyLink, 100 Centurylink Drive, Monroe, LA 71203-2041 |
| 2402422 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 21:03:10 | Citi Bank Costco Card, PO Box 790046, Saint Louis, MO 63179-0046 |
| 2412715 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 20:52:42 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 2402423 | + | Email/Text: UTILITYBILLING@CORALVILLE.ORG | Jul 25 2025 20:46:00 | City of Coralville, 1512 7th Street, Coralville, IA 52241-1782 |
| 2402429 | + | Email/Text: coxsanitation@netins.net | Jul 25 2025 20:46:00 | Cox Sanitation & Recycling, Inc., 2226 335th Street, Post Office Box 208, North English, IA 52316-0208 |
| 2402434 | | Email/Text: mrdiscen@discover.com | Jul 25 2025 20:46:00 | Discover Financial Services, General Inquiries, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 2406005 | | Email/Text: mrdiscen@discover.com | Jul 25 2025 20:46:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 2402435 | ^ | MEBN | Jul 25 2025 20:42:29 | Diversify Adjustment, Attn: Diane Nelson, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 2402438 | ^ | MEBN | Jul 25 2025 20:42:43 | DoorDash, Inc., 303 2nd Street, Suite 800, San Francisco, CA 94107-1366 |
| 2406395 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 25 2025 20:46:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 2402445 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 25 2025 20:46:00 | First National Bank of Omaha, PO BOX 3128, Omaha, NE 68103 |
| 2402446 | ^ | MEBN | Jul 25 2025 20:42:27 | Greenburg, Grant & Richards, Attn: Jim Quinn, 5858 Westheimer Rd, Suite 500, Houston, TX 77057-5645 |
| 2402451 | | Email/Text: IDR.Bankruptcy@ag.iowa.gov | Jul 25 2025 20:47:00 | Iowa Department of Revenue, 1305 E. Walnut Street, Ste 300, Des Moines, IA 50319 |
| 2402398 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2025 20:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 2424658 | + | Email/Text: IDR.Bankruptcy@ag.iowa.gov | Jul 25 2025 20:47:00 | Iowa Department of Revenue, Office of the Attorney General of Iowa, Attn: Bankruptcy Unit, 1305 E Walnut, Des Moines, IA 50319-0109 |
| 2402453 | | Email/Text: legalsupport@iwd.iowa.gov | Jul 25 2025 20:46:00 | Iowa Workforce Development, 1000 East Grand Avenue, Des Moines, IA 50319-0209 |
| 2402463 | | Email/Text: loanops@midwestone.com | Jul 25 2025 20:46:40 | MidWestOne Bank, Trust Department), 102 South Clinton Street, Iowa City, IA 52240 |
| 2402460 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 20:52:56 | Menards, 5101 Menard Dr, Eau Claire, WI 54703-9604 |
| 2402462 | | Email/Text: bankruptcynotices@midamerican.com | Jul 25 2025 20:46:00 | Mid American Energy, PO Box 657, Des Moines, IA 50306-0657 |
| 2402461 | | Email/Text: bankruptcynotices@midamerican.com | Jul 25 2025 20:46:00 | MidAmerican Energy Company, PQ Box 4350 Credit, Davenport IA 52808-4350 |
| 2405643 | + | Email/Text: bnielson@pughhagan.com | Jul 25 2025 20:46:00 | River View on First, LLC, c/o Benjamin G. Nielson, 425 E Oakdale Blvd, Ste 201, Coralville, IA 52241-3404 |

Case 24-00638   Doc 99   Filed 07/27/25   Entered 07/27/25 23:35:55   Desc Imaged
Certificate of Notice   Page 4 of 10

| District/off: 0862-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: pdf901 | Total Noticed: 103 |

| Recip ID | Bypass/Delivery | | Date/Time | Name and Address |
|---|---|---|---|---|
| 2402472 | ^ | MEBN | Jul 25 2025 20:42:45 | Spectrio, 7624 Bald Cypress Pl, Tampa, FL 33614-2417 |
| 2402474 | ^ | MEBN | Jul 25 2025 20:42:43 | Stratacache, 40 N Main Street, Dayton, OH 45423-1008 |
| 2402479 | ^ | MEBN | Jul 25 2025 20:42:36 | Sysco, 1390 Enclave Parkway, Houston, TX 77077-2099 |
| 2413132 | | Email/Text: bncmail@w-legal.com | Jul 25 2025 20:46:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 2402481 | | Email/Text: bncmail@w-legal.com | Jul 25 2025 20:46:00 | TD Bank USA, N.A., c/o Target Card Services, P.O. Box 9500, Minneapolis, MN 55440-9500 |
| 2402484 | | Email/Text: bankruptcynotices@sba.gov | Jul 25 2025 20:46:00 | U.S. Small Business Administration, Attn: Michelle Chesebro, Attorney, 332 S. Michigan, Suite 600, Chicago, IL 60604 |
| 2402483 | + | Email/Text: usaian.ecfbkcycr@usdoj.gov | Jul 25 2025 20:46:00 | U.S. Attorney (SBA), 111 7th Avenue SE, Box 1, Cedar Rapids, IA 52401 |
| 2402487 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 25 2025 20:46:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 2402485 | + | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Jul 25 2025 20:46:00 | University of Iowa Health Care, Attn: Patient Billing Services, 200 Hawkins Drive, Iowa City, IA 52242-1009 |
| 2402489 | | Email/Text: vci.bkcy@vwcredit.com | Jul 25 2025 20:46:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 2402491 | + | Email/Text: wci.bankruptcy@windstream.com | Jul 25 2025 20:46:00 | Windstream, 4001 Rodney Parham Road, Little Rock, AR 72212-2490 |
| 2402492 | + | Email/Text: wci.bankruptcy@windstream.com | Jul 25 2025 20:46:00 | Windstream, 1450 N Center Point Rd, Hiawatha, IA 52233-1393 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2409908 | *+ | DON'S LOCK & SAFE LLC, 4223 YVETTE ST SW SUITE 101, IOWA CITY, IA 52240-8623 |
| 2402452 | *P++ | IOWA DEPARTMENT OF REVENUE, ATTN BANKRUPTCY UNIT, PO BOX 10471, DES MOINES IA 50306-0471, address filed with court:, Iowa Department of Revenue, Attn.: Bankruptcy Unit, P.O. Box 10457, Des Moines, IA 50306 |
| 2402455 | *+ | Kum & Go, 1459 Grand Avenue, Des Moines, IA 50309-3005 |
| 2402477 | *+ | Subway, 1 Corporate Drive, Suite 1000, Shelton, CT 06484-6281 |
| 2402454 | ##+ | Kum & Go, 1459 Grand Avenue, Des Moines, IA 50309-3005 |
| 2402466 | ##+ | Pinnacle Restaurants, Inc., PO Box 696, North Liberty, IA 52317-0696 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 25, 2025 | Form ID: pdf901 | Total Noticed: 103 |

Date: Jul 27, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Quinn-Hanse | on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov |
| Eric J. Langston | on behalf of Defendant Craig Abraham elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff Renee K. Hanrahan ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com |
| Joseph A. Peiffer | on behalf of Joint Debtor Sarah Beth Smith joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | on behalf of Debtor Kevin George Smith joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| L. Ashley Wieck | on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov |
| Renee K. Hanrahan | rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com |
| Samuel Gray | on behalf of Trustee Renee K. Hanrahan sgray@spmblaw.com  jcesek@spmblaw.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Kevin George Smith | § | Case No. 24-00638 |
| Sarah Beth Smith | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RENEE K. HANRAHAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
111 Seventh Avenue SE, Box 15,   Cedar Rapids IA 52401   or

Clerk's Office, United States Bankruptcy Court
Federal Bldg, 320 6th Street, Sioux City IA 51101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/16/2025                By: /s/ Renee K. Hanrahan
                                              Trustee

*Renee K. Hanrahan*
*P.O. Box 1088*
*Cedar Rapids, IA  52406-1088*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

In Re: §
§
Kevin George Smith § Case No. 24-00638
Sarah Beth Smith §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 61,543.50 |
| and approved disbursements of | $ | 61.56 |
| leaving a balance on hand of[1] | $ | 61,481.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Renee K. Hanrahan | $ 6,327.18 | $ 0.00 | $ 6,327.18 |
| Trustee Expenses: Renee K. Hanrahan | $ 93.07 | $ 0.00 | $ 93.07 |
| Attorney for Trustee Fees: ERIC W. LAM | $ 19,470.00 | $ 0.00 | $ 19,470.00 |
| Accountant for Trustee Fees: David Koch | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Charges: Clerk US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 27,440.25 |
| Remaining Balance | | $ | 34,041.69 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Iowa Department Of Revenue | $ 36,500.00 | $ 0.00 | $ 34,041.69 |
| | Total to be paid to priority creditors | | | $ 34,041.69 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,438,455.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | River View On First, Llc | $ 87,383.85 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank | $ 24,698.83 | $ 0.00 | $ 0.00 |
| 3 | MIDAMERICAN ENERGY COMPANY | $ 4,689.66 | $ 0.00 | $ 0.00 |
| 4 | First National Bank Of Omaha | $ 12,486.40 | $ 0.00 | $ 0.00 |
| 5 | First Interstate Bancsystems, Inc. | $ 1,064,845.13 | $ 0.00 | $ 0.00 |
| 6 | Centurytel Service Group, Llc Dba Centurylink | $ 2,384.74 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Don"s Lock & Safe Llc | $ 754.80 | $ 0.00 | $ 0.00 |
| 8 | Subway Real Estate, Llc | $ 186,785.97 | $ 0.00 | $ 0.00 |
| 9 | Bank Of America, N.A. | $ 21,085.99 | $ 0.00 | $ 0.00 |
| 10 | Citibank N.A. | $ 9,902.71 | $ 0.00 | $ 0.00 |
| 11 | Td Bank Usa, N.A. | $ 937.23 | $ 0.00 | $ 0.00 |
| 12 | Craig Abraham | $ 22,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors　$ 0.00

Remaining Balance　$ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Renee K. Hanrahan
Trustee

*Renee K. Hanrahan*
*P.O. Box 1088*
*Cedar Rapids, IA  52406-1088*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.