**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Kevin George Smith | § | Case No. 24-00638 |
| Sarah Beth Smith | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Renee K. Hanrahan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 9,250.00 *(Without deducting any secured claims)* | Assets Exempt: 521,269.23 |
| Total Distributions to Claimants: 34,041.69 | Claims Discharged Without Payment: 2,629,235.45 |
| Total Expenses of Administration: 27,501.81 | |

3) Total gross receipts of $61,543.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $61,543.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $224,854.73 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 46,971.81 | 46,971.81 | 27,501.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 36,500.00 | 36,500.00 | 34,041.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,643,104.10 | 1,438,455.31 | 1,438,455.31 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,867,958.83 | $1,521,927.12 | $1,521,927.12 | $61,543.50 |

4) This case was originally filed under chapter 7 on 07/03/2024. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2025          By:/s/Renee K. Hanrahan
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| possible fraudulent transfer to Craig Abraham | 1241-000 | 22,500.00 |
| possible pref transfer to IDORF | 1241-000 | 36,500.00 |
| refund on Dbr atty fees | 1249-000 | 2,543.50 |
| **TOTAL GROSS RECEIPTS** | | **$61,543.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corda Credit Union, 3015 Blairs Ferry Rd NE Cedar Rapids, IA 52402 | | 40,592.27 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Intersate Bank, Successor by Merger to Great Western Bk 655 Community Drive PO Box 306 North Liberty, IA 52317 | | 0.00 | NA | NA | 0.00 |
| | First Interstate Bank, Successor by Merger to Great Western Bnk 655 Community Drive PO Box 306 North Liberty, IA 52317 | | 10,754.49 | NA | NA | 0.00 |
| | First Interstate Bank, Successor by Merger to Great Western Bnk 655 Community Drive PO Box 306 North Liberty, IA 52317 | | 0.00 | NA | NA | 0.00 |
| | US Bank, 800 Nicollet Mall Minneapolis, MN 55402-7014 | | 173,507.97 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$224,854.73** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Renee K. Hanrahan | 2100-000 | NA | 6,327.18 | 6,327.18 | 6,327.18 |
| Renee K. Hanrahan | 2200-000 | NA | 93.07 | 93.07 | 93.07 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Axos Bank | 2600-000 | NA | 61.56 | 61.56 | 61.56 |
| Clerk US Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| ERIC W. LAM | 3210-000 | NA | 38,940.00 | 38,940.00 | 19,470.00 |
| David Koch | 3410-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $46,971.81 | $46,971.81 | $27,501.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 | NA | NA | 0.00 |
| 13 | Iowa Department Of Revenue | 5800-000 | 0.00 | 36,500.00 | 36,500.00 | 34,041.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $36,500.00 | $36,500.00 | $34,041.69 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Disposal, 3001 Industrial Park Road Iowa City, IA 52240 | | 300.00 | NA | NA | 0.00 |
| | Ace Refrigeration, 6440 6th Street SW Cedar Rapids, IA 52404 | | 0.00 | NA | NA | 0.00 |
| | Acuative, 695 Route 46, Suite 305 Fairfield, NJ 07004 | | 50.00 | NA | NA | 0.00 |
| | Airgas, 259 N Radnor Chester Road Radnor, PA 19087 | | 150.00 | NA | NA | 0.00 |
| | Alliant Energy, 4902 N Biltmore Lane Madison, WI 53718 | | 850.00 | NA | NA | 0.00 |
| | American Family Insurance, 6000 American Parkway Madison, WI 53783 | | 188.30 | NA | NA | 0.00 |
| | Brems Group LLP, 550 2nd Street SE Suite 401 Cedar Rapids, IA 52401 | | 2,000.00 | NA | NA | 0.00 |
| | Budderfly, 2 Trap Falls Road, Suite 310 Shelton, CT 06484 | | 900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 0.00 | NA | NA | 0.00 |
| | Carew Landscaping, 2905 W Penn Street North Liberty, IA 52317 | | 300.00 | NA | NA | 0.00 |
| | City of Coralville, 1512 7th Street Coralville, IA 52241 | | 355.00 | NA | NA | 0.00 |
| | City of Iowa City, 410 E Washington Street Iowa City, IA 52240 | | 84.09 | NA | NA | 0.00 |
| | City of North Liberty, 3 Quail Creek Circle North Liberty, IA 52317 | | 200.00 | NA | NA | 0.00 |
| | City of Tiffin, 211 Main Street Tiffin, IA 52340 | | 66.00 | NA | NA | 0.00 |
| | Cox Sanitation & Recycling, Inc., 2226 335th Street Post Office Box 208 North English, IA 52316 | | 1,423.71 | NA | NA | 0.00 |
| | Craig Abraham, 2190 Hwy 6 NW Oxford, IA 52322 | | 570,205.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Craig Abraham, 2190 Hwy 6 NW Oxford, IA 52322 | | 224,974.73 | NA | NA | 0.00 |
| | Crosspark LLC, 427 1st Street SE, Suite 200 Cedar Rapids, IA 52401 | | 20,500.00 | NA | NA | 0.00 |
| | D&R Pest, 250 Greenfield Drive Tiffin, IA 52340 | | 1,000.00 | NA | NA | 0.00 |
| | Doctors Associates Inc., 325 Sub Way Milford, CT 06461 | | 900.00 | NA | NA | 0.00 |
| | DoorDash, Inc., 303 2nd Street Suite 800 San Francisco, CA 94107 | | 45.78 | NA | NA | 0.00 |
| | DoorDash, Inc., 303 2nd Street Suite 800 San Francisco, CA 94107 | | 617.80 | NA | NA | 0.00 |
| | DoorDash, Inc., 303 2nd Street Suite 800 San Francisco, CA 94107 | | 18.94 | NA | NA | 0.00 |
| | Elite Fire Sprinkler Systems, 1525 Ketelsen Drive Hiawatha, IA 52233 | | 237.61 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hawkeye Real Estate, 2401 Coral Court, Suite 1 Coralville, IA 52241 | | 19,236.56 | NA | NA | 0.00 |
| | HP, Inc., Attn: Fabiola Zamora Vargas 13207 Collection Center Drive Chicago, IL 60693-2307 | | 0.00 | NA | NA | 0.00 |
| | Hunter Companies, 1625 1st Avenue SE Cedar Rapids, IA 52402 | | 14,084.00 | NA | NA | 0.00 |
| | Huntington Technology Finance, 2285 Franklin Road Bloomfield Hills, MI 48302 | | 915.42 | NA | NA | 0.00 |
| | Iowa Workforce Development, 1000 East Grand Avenue Des Moines, IA 50319-0209 | | 19,370.49 | NA | NA | 0.00 |
| | Kum & Go, 1459 Grand Avenue Des Moines, IA 50309 | | 6,973.00 | NA | NA | 0.00 |
| | Leets Refrigeration, 2835 130th Street Riverside, IA 52327 | | 900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linn County REC, PO Box 69 Marion, IA 52302 | | 2,300.00 | NA | NA | 0.00 |
| | Meadowlark Associates, 320 W Cherry Street North Liberty, IA 52317 | | 800.00 | NA | NA | 0.00 |
| | Menards, 5101 Menard Dr Eau Claire, WI 54703 | | 65.98 | NA | NA | 0.00 |
| | MidWestOne Bank, (Trust Department) 102 South Clinton Street Iowa City, IA 52240 | | 12,448.00 | NA | NA | 0.00 |
| | Nextep, 3310 W Big Beaver, Suite 200 Troy, MI 48084 | | 1,572.00 | NA | NA | 0.00 |
| | NuCO2, 2800 SE Market Place Stuart, FL 34997 | | 386.20 | NA | NA | 0.00 |
| | Riverside Ventures LLC, 2121 Glendale Road Iowa City, IA 52245 | | 7,901.16 | NA | NA | 0.00 |
| | Southslope, 980 N Front Street North Liberty, IA 52317 | | 400.00 | NA | NA | 0.00 |
| | Spectrio, 7624 Bald Cypress Pl Tampa, FL 33614 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SRE Hawkeye, LLC, 980 N Michigan Avenue, Suite 1660 Chicago, IL 60611 | | 23,660.96 | NA | NA | 0.00 |
| | Stratacache, 2 River Pl Suite 200 Dayton, OH 45405 | | 200.00 | NA | NA | 0.00 |
| | Subway, 325 Sub Way Milford, CT 06461 | | 2,074.44 | NA | NA | 0.00 |
| | Sysco, 1 Sysco Drive Ankeny, IA 50021 | | 4,147.16 | NA | NA | 0.00 |
| | Sysco, 1 Sysco Drive Ankeny, IA 50021 | | 816.66 | NA | NA | 0.00 |
| | Sysco, 1390 Enclave Parkway Houston, TX 77077 | | 1,455.58 | NA | NA | 0.00 |
| | TIP REC, 612 West Des Moines Street Brooklyn, IA 52211 | | 800.00 | NA | NA | 0.00 |
| | U.S. Small Business Administration, Attn: Michelle Chesebro, Attorney 332 S. Michigan, Suite 600 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University of Iowa Health Care, Attn: Patient Billing Services 200 Hawkins Drive Iowa City, IA 52242-1084 | | 2,097.35 | NA | NA | 0.00 |
| | US Dept of Federal Education Student Aid, PO Box 1854 Monticello, KY 42633 | | 3,000.00 | NA | NA | 0.00 |
| | Watts Group, 425 East Oakdale Blvd Coralville, IA 52241 | | 11,844.80 | NA | NA | 0.00 |
| | Windstream, 4001 Rodney Parham Road Little Rock, AR 72212 | | 150.00 | NA | NA | 0.00 |
| 9 | Bank Of America, N.A. | 7100-000 | 18,450.89 | 21,085.99 | 21,085.99 | 0.00 |
| 6 | Centurytel Service Group, Llc Dba Centurylink | 7100-000 | 400.00 | 2,384.74 | 2,384.74 | 0.00 |
| 10 | Citibank N.A. | 7100-000 | 8,449.60 | 9,902.71 | 9,902.71 | 0.00 |
| 12 | Craig Abraham | 7100-000 | 160,000.00 | 22,500.00 | 22,500.00 | 0.00 |
| 2 | Discover Bank | 7100-000 | 21,646.62 | 24,698.83 | 24,698.83 | 0.00 |
| 7 | Don"s Lock & Safe Llc | 7100-000 | 250.00 | 754.80 | 754.80 | 0.00 |
| 5 | First Interstate Bancsystems, Inc. | 7100-000 | 1,368,000.00 | 1,064,845.13 | 1,064,845.13 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | First National Bank Of Omaha | 7100-000 | 10,563.28 | 12,486.40 | 12,486.40 | 0.00 |
| 3 | MIDAMERICAN ENERGY COMPANY | 7100-000 | 4,000.00 | 4,689.66 | 4,689.66 | 0.00 |
| 1 | River View On First, Llc | 7100-000 | 87,335.00 | 87,383.85 | 87,383.85 | 0.00 |
| 8 | Subway Real Estate, Llc | 7100-000 | NA | 186,785.97 | 186,785.97 | 0.00 |
| 11 | Td Bank Usa, N.A. | 7100-000 | 541.61 | 937.23 | 937.23 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $2,643,104.10 | $1,438,455.31 | $1,438,455.31 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 24-00638 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
|---|---|---|---|---|---|---|
| Case Name: | Kevin George Smith | | | | Date Filed (f) or Converted (c): | 07/03/2024 (f) |
| | Sarah Beth Smith | | | | 341(a) Meeting Date: | 08/05/2024 |
| For Period Ending: | 11/17/2025 | | | | Claims Bar Date: | 11/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1870 Wood Duck Ct North Liberty Ia 52317-0000 Johnson | 405,000.00 | 0.00 | | 0.00 | FA |
| 2. 2021 Ford Explorer Vin # 1Fm5k8dh5mga15846 48,000 Miles | 32,000.00 | 0.00 | | 0.00 | FA |
| 3. See Attached Exhibit B-6. | 5,820.00 | 0.00 | | 0.00 | FA |
| 4. See Attached Exhibit B-7. | 5,830.00 | 615.00 | | 0.00 | FA |
| 5. See Attached Exhibit B-9. | 3,690.00 | 1,095.00 | | 0.00 | FA |
| 6. Ruger Lcp Handgun - Fair Condition | 225.00 | 225.00 | | 0.00 | FA |
| 7. Benelli Shotgun - Fair Condition | 775.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Clothes For Family Of Four - Fair Condition | 270.00 | 0.00 | | 0.00 | FA |
| 9. Assorted Costume Jewelry - Fair Condition, Non-Precious Metals | 50.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring - Fair Condition | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. Three Dogs; Two Pitbull Mixes, One Retriever Mix - Non-Breeding Animals | 0.00 | 0.00 | | 0.00 | FA |
| 12. Coach Purses - Fair Condition, At Least 10+ Years Old | 100.00 | 0.00 | | 0.00 | FA |
| 13. Cash Current Total As Of 1/1/2024 | 678.00 | 0.00 | | 0.00 | FA |
| 14. Us Bank Account Ending In 5767 - Used For Paycheck Deposits | 135.14 | 0.00 | | 0.00 | FA |
| 15. Us Bank Account Ending In 3872 - Used For Paycheck Deposits | 2.27 | 0.00 | | 0.00 | FA |
| 16. Us Bank Account Ending In 0681 - Used For Joint Purchases And Deposits | 0.00 | 0.00 | | 0.00 | FA |
| 17. Us Bank Account Ending In 9950 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Greenstate Credit Union Account Ending In 1765 | 28.38 | 0.00 | | 0.00 | FA |
| 19. Credit On Old Biolife Debit Card (Not Used Since 2022, Unsure If Still Accessible). | Unknown | 0.00 | | 0.00 | FA |
| 20. Robin Hood Trading Accounts | 21.89 | 0.00 | | 0.00 | FA |
| 21. Pinnacle Restaurants | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 24-00638 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
|---|---|---|---|---|---|---|
| Case Name: | Kevin George Smith | | | | Date Filed (f) or Converted (c): | 07/03/2024 (f) |
| | Sarah Beth Smith | | | | 341(a) Meeting Date: | 08/05/2024 |
| For Period Ending: | 11/17/2025 | | | | Claims Bar Date: | 11/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Pinnacle Restaurants | 0.00 | 0.00 | | 0.00 | FA |
| 23. Principal 401(k) | 9,813.77 | 0.00 | | 0.00 | FA |
| 24. 401(k) Principal Contributions Just Started In February 2024. | 1,795.93 | 0.00 | | 0.00 | FA |
| 25. Northwestern Mutual Roth IRA | 2,973.65 | 0.00 | | 0.00 | FA |
| 26. Northwestern Mutual IRA | 12,022.15 | 0.00 | | 0.00 | FA |
| 27. Northwestern Mutual Roth IRA | 37,753.33 | 0.00 | | 0.00 | FA |
| 28. Accrued Wages | 405.00 | 0.00 | | 0.00 | FA |
| 29. Accrued Wages | 314.72 | 0.00 | | 0.00 | FA |
| 30. Term Life Insurance Policy - Kevin Required As Collateral For Loan With First Interstate Bank No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 31. Term Life Insurance Policy - Sarah Required As Collateral For Loan With First Interstate Bank No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 32. Subway Stores #5765, #23883 And #11533 Are Inactive Closed, But The Franchise Numbers Are Still Listed As Owned By Debtors. | 0.00 | 0.00 | | 0.00 | FA |
| 33. 4 Computer/Pos Systems Leased From Hp For Subway Restaurants. New Owner Did Not Assume These Equipment Leases. | Unknown | 0.00 | | 0.00 | FA |
| 34. refund on Dbr atty fees (u) | 0.00 | 2,543.50 | | 2,543.50 | FA |
| 35. HOUSEHOLD GOODS - non-exempt pursuant to Court Order 121824 [65] | 7,315.00 | 7,315.00 | OA | 0.00 | FA |
| 36. possible pref transfer to IDORF (u) | 0.00 | 73,000.00 | | 36,500.00 | FA |
| 37. possible fraudulent transfer to Craig Abraham (u) | 0.00 | 22,500.00 | | 22,500.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $530,519.23 $107,293.50 $61,543.50 $0.00
(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale and other action:

Atty Lam hired for litigation; non-exempt assets not meaningful; settlements approved; need tax returns prepared after funds received

| | | | |
|---|---|---|---|
| RE PROP # | 34 | -- | USTee settlement with Dbr atty RE atty fees |
| RE PROP # | 35 | -- | HHG itemized on Court's ORder of 12.18.24 -- high-dollar, large items cost more to remove/detach, move, clean/preserve, store, sell ...[old piano and hot tub in frigid January] |
| RE PROP # | 36 | -- | pre-pet pmts to IDORF; settlement Motion 021425 [dkt 70] |
| RE PROP # | 37 | -- | transfer of interest in real estate |

Initial Projected Date of Final Report (TFR): 04/30/2025     Current Projected Date of Final Report (TFR): 08/29/2025

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 24-00638 | Trustee Name: Renee K. Hanrahan |
| Case Name: Kevin George Smith | Bank Name: Axos Bank |
| Sarah Beth Smith | Account Number/CD#: XXXXXX0569 |
| | Checking |
| Taxpayer ID No: XX-XXX4718 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 11/17/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/24 | 34 | Peiffer Law Office, PC<br>PO BOx 11425<br>Cedar Rapids IA  52410-1425 | settlement<br>pursuant to Ct Order dkt 32 | 1249-000 | $2,543.50 | | $2,543.50 |
| 04/03/25 | 37 | Craig Abraham<br>1528 1st Ave Unit A<br>Coralville IA  52241 | settlement<br>preference recovery/settlement | 1241-000 | $22,500.00 | | $25,043.50 |
| 04/03/25 | 36 | Treasure of State of Iowa | settlement<br>proceeds of preference settlement | 1241-000 | $36,500.00 | | $61,543.50 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.56 | $61,481.94 |
| 08/18/25 | 7001 | Renee K. Hanrahan<br>RENEE K. HANRAHAN, TRUSTEE<br>PO BOX 1088<br>CEDAR RAPIDS, IA  52406-1088 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $6,327.18 | $55,154.76 |
| 08/18/25 | 7002 | Renee K. Hanrahan<br>RENEE K. HANRAHAN, TRUSTEE<br>PO BOX 1088<br>CEDAR RAPIDS, IA  52406-1088 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2200-000 | | $93.07 | $55,061.69 |
| 08/18/25 | 7003 | Clerk US Bankruptcy Court<br>United States Bankruptcy Court<br>Northern District of Iowa<br>111 Seventh Avenue SE Box 15<br>Cedar Rapids IA  52401-2101 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2700-000 | | $350.00 | $54,711.69 |
| 08/18/25 | 7004 | ERIC W. LAM<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA  52401 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3210-000 | | $12,045.00 | $42,666.69 |
| 08/18/25 | 7005 | ERIC W. LAM<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA  52401 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3210-000 | | $7,425.00 | $35,241.69 |
| 08/18/25 | 7006 | David Koch<br>2750 First Ave NE Suite 420<br>Cedar Rapids IA  52402 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3410-000 | | $1,200.00 | $34,041.69 |

Page Subtotals: $61,543.50   $27,501.81

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 24-00638 | Trustee Name: Renee K. Hanrahan |
| Case Name: Kevin George Smith | Bank Name: Axos Bank |
| Sarah Beth Smith | Account Number/CD#: XXXXXX0569 |
| | Checking |
| Taxpayer ID No: XX-XXX4718 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 11/17/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/25 | 7007 | Iowa Department Of Revenue<br>Office Of The Attorney General Of Iowa<br>Attn: Bankruptcy Unit<br>1305 E Walnut<br>Des Moines, Ia 50319 | Final distribution to claim 13 creditor account # representing a payment of 93.26% per court order. | 5800-000 | | $34,041.69 | $0.00 |
| 08/26/25 | 7004 | ERIC W. LAM<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA 52401 | Final distribution creditor account # representing a payment of 100.00% per court order. Reversal banking error; new check issued per AXOS Bank directive | 3210-000 | | ($12,045.00) | $12,045.00 |
| 08/26/25 | 7005 | ERIC W. LAM<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA 52401 | Final distribution creditor account # representing a payment of 100.00% per court order. Reversal banking error; new check issued per AXOS Bank directive | 3210-000 | | ($7,425.00) | $19,470.00 |
| 09/25/25 | 7008 | ERIC W. LAM<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA 52401 | Admin Exp | 3210-000 | | $7,425.00 | $12,045.00 |
| 09/25/25 | 7009 | ERIC W. LAM<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA 52401 | Admin Exp | 3210-000 | | $12,045.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $61,543.50 | $61,543.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $61,543.50 | $61,543.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $61,543.50 | $61,543.50 |

Page Subtotals:    $0.00    $34,041.69

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0569 - Checking | $61,543.50 | $61,543.50 | $0.00 |
| | $61,543.50 | $61,543.50 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $61,543.50 |
| Total Gross Receipts: | $61,543.50 |

Page Subtotals: $0.00 $0.00